AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JAZMINE LUCILLE MORENO, "see attached" <br><br> *Plaintiff(s)* <br><br> v. <br><br> COUNTY OF LOS ANGELES, a public entity; REMIN PINESA, an individual; EDWIN NAVARRETE, an individial; JAIME ROMERO, an individual; NATHANIEL TRUJILLO, an individual; and DOES 1 through 50, inclusive, <br><br> *Defendant(s)* | Civil Action No. 2:21:CV-6062 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    COUNTY OF LOS ANGELES, a public entity

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Christopher B. Adamson, Esq. (SBN 238500)<br>ADAMSON AHDOOT LLP<br>1150 South Robertson Boulevard<br>Los Angeles, CA 90035<br>Tel: (310)888-0024 | |
| ATTORNEY(S) FOR: Plaintiff JAZMINE LUCILLE MORENO, et al. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAZMINE LUCILLE MORENO, et al.<br><br>Plaintiff(s),<br>v.<br>COUNTY OF LOS ANGELES, a public entity; REMIN PINESA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO, an individual; and DOES 1 through 50, inclusive,<br>Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs JAZMINE LUCILLE MORENO, et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JAZMINE LUCILLE MORENO, | Plaintiff |
| E.A.O, a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, | Plaintiff |
| D.O. III, a minor, by and through his Guardian Ad Litem, JAZMINE LUCILLE MORENO, | Plaintiff |
| E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, | Plaintiff |
| DAVID ORDAZ MORENO, | Plaintiff |
| EDELMIRA RAMIREZ, | Plaintiff |
| LEONEL ORDAZ, | Plaintiff |
| ROBERT ORDAZ, | Plaintiff |
| HILDA PEDROZA, | Plaintiff |
| GABRIELA HERNANDEZ, | Plaintiff |
| MARIA MADERA, | Plaintiff |
| JUAN PEDROZA JR., and | |
| THE ESTATE OF DAVID ORDAZ JR, by and through its successor-In-Interest, JAZMINE LUCILLE MORENO | Plaintiff |
| COUNTY OF LOS ANGELES | Defendant |
| REMIN PINEDA | Defendant |
| EDWIN NAVARRETE | Defendant |
| JAIME ROMERO | Defendant |
| NATHANIEL TRUJILLO | Defendant |

07/27/2021                                             /s/ CHRISTOPHER B. ADAMSON, Esq.
Date                                                            Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs JAZMINE LUCILLE MORENO, et al.