AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JAZMINE LUCILLE MORENO,<br>"see attached"<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 2:21:CV-6062 CAS (Ex) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    COUNTY OF LOS ANGELES, a public entity;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                KIRY K. GRAY
                                                *CLERK OF COURT*

Date: August 2, 2021                        *Sharon Hall Brown*
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Federico C. Sayre, Esq. (State Bar No. 67420)
**ADAMSON AHDOOT LLP**
1150 S. Robertson Blvd.
Los Angeles, California 90035
T: (310) 888-0024
F: (888) 895-4665
E: alan@aa-llp.com
E: christopher@aa-llp.com
E: federico@aa-llp.com

Attorneys for Plaintiffs
JAZMINE LUCILLE MORENO, E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, D.O. III, a minor, by and through his Guardian Ad Litem, JAZMINE LUCILLE MORENO, E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, DAVID ORDAZ MORENO, EDELMIRA RAMIREZ, LEONEL ORDAZ, ROBERT ORDAZ, HILDA PEDROZA, GABRIELA HERNANDEZ, MARIA MADERA, JUAN PEDROZA JR., and THE ESTATE OF DAVID ORDAZ JR, by and through its successor-In-Interest, JAZMINE LUCILLE MORENO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, D.O. III, a minor, by and through his Guardian Ad Litem, JAZMINE LUCILLE MORENO, E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, DAVID ORDAZ MORENO, EDELMIRA RAMIREZ, LEONEL ORDAZ, ROBERT ORDAZ, HILDA PEDROZA, GABRIELA HERNANDEZ, MARIA MADERA, JUAN PEDROZA JR., and THE ESTATE OF DAVID ORDAZ JR, by and through its successor in interest, JAZMINE LUCILLE MORENO<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; | Case No.: 2:21:CV-6062<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>1. **NEGLIGENCE – WRONGFUL DEATH ACTION;**<br>2. **NEGLIGENCE – SURVIVAL ACTION;**<br>3. **NEGLIGENCE – INFLICTION OF EMOTIONAL DISTRESS ACTION;**<br>4. **VIOLATION OF TITLE 42 § 1983, 1988;**<br>5. **VIOLATION OF CALIFORNIA CIVIL CODE §51.7 "THE RALPH ACT"**<br><br>**PLAINTIFFS REQUESTS TRIAL BY JURY** |

---
COMPLAINT FOR DAMAGES
1

| | |
|---|---|
| NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive,<br><br>  Defendants. | **DEMAND IS ABOVE $75,000.00** |

## JURISDICTION

1.  Jurisdiction is conferred upon this Court by 28 U.S.C. §1331 (federal question) and § 1343(3) (civil rights). The state law claims for relief are within the supplemental jurisdiction of the Court pursuant to 28 U.S.C. § 1367.

## VENUE

2.  Plaintiff's claims herein arise out of an incident involving a Deputy Sheriff's of the county of Los Angeles, which incident occurred in the county of Los Angeles in the state of California and within this judicial district.

## PARTIES

3.  Plaintiffs, JAZMINE LUCILLE MORENO, E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, D.O. III, a minor, by and through his Guardian Ad Litem, JAZMINE LUCILLE MORENO, E.A.O., a minor, by and through her Guardian Ad Litem, JAZMINE LUCILLE MORENO, DAVID ORDAZ MORENO, EDELMIRA RAMIREZ, LEONEL ORDAZ, ROBERT ORDAZ, HILDA PEDROZA, GABRIELA HERNANDEZ, MARIA MADERA, JUAN PEDROZA JR. and THE ESTATE OF DAVID ORDAZ JR, by and through its successor in interest, JAZMINE LUCILLE MORENO.

4.  Defendants COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO.

## STATEMENT OF FACTS

5.  The claims set forth herein arise from the death of DAVID ORDAZ JR., (hereinafter "DECEDENT") which occurred on March 14, 2021, in Los