UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | CV 21-06062-VAP-Ex | Date | 10/11/22 |
|---|---|---|---|

| Title | JAZMINE LUCILLE MORENO ET AL V. COUNTY OF LOS ANGELES ET AL |
|---|---|

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| W. Hernandez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Federico Sayre | Jill Williams |
| | Laura Inlow |

**Proceedings:** FURTHER STATUS CONFERENCE

The Court, having been updated on the status of the settlement/mediation, lifts the discovery stay for the limited purpose of taking the plaintiff's deposition and other depositions as stated on the record today. Further, the Court sets another status conference for March 6, 2023 at 1:30 p.m., with a joint status report to be filed by February 27, 2023. Counsel shall also file a joint status report one week after their settlement conference with Honorable Andrew J. Guilford (retired).

Time: 00/ 05