Luis A. Carrillo, SBN 70398
Michael S. Carrillo, SBN 258878
Dominique L. Boubion, SBN 336915
CARRILLO LAW FIRM, LLP
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel:   (626) 799-9375
Fax:   (626) 799-9380

Dale K. Galipo, SBN 144074
Renee V. Masongsong, SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive,<br>         Defendants. | Case No.: 2:21-CV-6062-VAP-E<br><br>Assigned to:<br>*District Judge Hon. Virginia A. Phillips*<br>*Magistrate Judge Hon. Charles F. Eick*<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Carrillo Law Firm, LLP, associates in this action the Law Offices of Dale K. Galipo, in representation of Plaintiffs Jazmine Lucille Moreno, E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moren, D.O. III, a minor, by and through his Guardian Ad Litem, Monica Moreno, E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moreno, David Ordaz Moreno, Edelmira Rarmirez, Leonel Ordaz, Robert Ordaz, Hilda Pedroza, Gabriela Hernandez, Maria Madera, Juan Pedroza Jr., and The Estate of David Ordaz Jr., by and through its successor in interest, Jazmine Lucille Moreno.

Attorneys from the Law Offices of Dale K. Galipo are hereby authorized to file motions, receive notices, and make necessary court appearances. The Law Offices of Dale K. Galipo are to be noticed with any and all correspondence relative to the matter at the following address:

Dale K. Galipo, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Email: dalekgalipo@yahoo.com / rvalentine@galipolaw.com

Dated: October 27, 2023        CARRILLO LAW FIRM, LLP

                               By:  *s/ Luis A. Carrillo*
                                    LUIS A. CARRILLO
                                    Attorney for Plaintiffs

Dated: October 27, 2023        LAW OFFICES OF DALE K. GALIPO

                               By:  *s/ Dale K. Galipo*
                                    DALE K. GALIPO
                                    Attorney for Plaintiffs