UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:21-cv-06062-VAP-E | Date November 21, 2023 |
| Title *Jazmine Lucille Moreno et al v. County of Los Angeles et al* | |

Present: The Honorable **VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   MINUTE ORDER SETTING STATUS CONFERENCE (IN CHAMBERS)**

The Court sets this matter for a status conference on December 4, 2023 at 11:00 a.m. The parties are ordered to file a joint status report addressing the status of the criminal case and proposing pretrial and trial dates in this action, on or before November 30, 2023.

**IT IS SO ORDERED.**