1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, SBN 144074
2  Renee V. Masongsong, SBN 144074
   21800 Burbank Blvd., Suite 310
3  Woodland Hills, CA 91367
   Tel:   (818) 347-3333
4  Fax:   (818) 347-4118
5  CARRILLO LAW FIRM, LLP
6  Luis A. Carrillo, SBN 70398
   Michael S. Carrillo, SBN 258878
7  Dominique L. Boubion, SBN 336915
   1499 Huntington Drive, Suite 402
8  South Pasadena, California 91030
   Tel:   (626) 799-9375
9  Fax:   (626) 799-9380

10 *Attorneys for Plaintiffs*

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15 | JAZMINE LUCILLE MORENO, et al. | Case No.: 2:21-CV-6062-VAP-E |
16 | Plaintiffs, | Assigned to: |
17 |  | *District Judge Hon. Virginia A. Phillips* |
   |  | *Magistrate Judge Hon. Charles F. Eick* |
18 | vs. |  |
19 |  | **JOINT STATUS REPORT** |
20 | COUNTY OF LOS ANGELES, |  |
21 | REMIN PINEDA, EDWIN NAVARRETE, |  |
   | JAIME ROMERO, NATHANIEL |  |
22 | TRUJILLO, and DOES 1-10, |  |
23 | Defendants. |  |

**TO THIS HONORABLE COURT:**

Pursuant to the Order of this Court (Dkt. 133), the parties hereby jointly submit this report regarding the status of the criminal case against Defendant Deputy Remin Pineda and proposing pretrial and trial dates.

1. The criminal case against Remin Pineda is ongoing. The District Attorney's office and Pineda had previously reached a plea deal. A hearing on the plea deal was held on October 20, 2023. However, several Plaintiffs appeared in court to object to the plea deal and the criminal court declined to accept the deal. A hearing to set the Preliminary Hearing is currently scheduled for December 13, 2023. It is anticipated that the trial of the criminal action will take place in late summer of 2024.

2. Based on the ongoing criminal case, Defendants have met and conferred with plaintiffs' counsel regarding their anticipated renewal of the motion to extend the stay of discovery until the conclusion of the criminal matter by way of a plea deal or trial, as opposed to any appeal. Defendants previously filed a motion to stay discovery as to each of the four deputy defendants. On April 20, 2023, this Court denied the motion to stay as to Defendants Edwin Navarrete, Jamie Romero, and Nathaniel Trujillo and granted the motion to stay as to Defendant Remin Pineda. (Dkt. 87).

3. In an effort to avoid unnecessary law and motion and to balance the interests of the parties, plaintiffs agree to refrain from taking the deposition of Defendant Pineda or propounding written discovery upon Defendant Pineda until after the criminal trial against Deputy Pineda has concluded, by way of a plea deal or trial, as opposed to any appeal. If the trial has not concluded by September 1, 2024, the parties will meet and confer regarding discovery as to Defendant Pineda. Additionally, Plaintiffs agree not to conduct the depositions of any of the named deputy defendants, or to propound any written discovery upon them, for 90 days of the filing of the instant status report. The defendants still believe that a stay until the

conclusion of Deputy Pineda's criminal trial is necessary and reserve their right to renew the motion to extend the stay of discovery.

4. In the meantime, the parties agree to the following pretrial and trial dates in this action:

   a. Trial: Tuesday, May 6, 2025 (5-7 day estimate)
   b. Pretrial Conference; Hearing on Motions in Limine: April 28, 2025
   c. Last day to conduct Settlement Conf.: November 8, 2024
   d. Last day for hearing non-discovery motions: January 27, 2025
   e. All Discovery Cutoff, including hearing all discovery motions: January 17, 2025
   f. Last Day to File Oppositions to Dispositive Motions: Two weeks after the filing of any dispositive motion.
   g. Expert Disclosures (rebuttal): December 20, 2024
   h. Expert Disclosures (initial): November 29, 2024
   i. Last day to amend pleadings or add parties: January 26, 2024

5. Without waiving any defenses or right to file motions challenging an amended pleading, Defendants stipulate to allow Plaintiffs to file a Second Amended Complaint that adds certain claims, but does not add any parties.  The parties will file a joint stipulation to allow Plaintiffs to file a Second Amended Complaint in the same or substantially similar form as Plaintiffs emailed to Defendants on November 29, 2023, with the addition of a battery claim, and Plaintiffs shall file the proposed Second Amended Complaint therewith.

Dated: November 30, 2023             COLLINSON, DAEHNKE, INLOW & GRECO

                                     By:  */s/ Laura E. Inlow*
                                            LAURA E. INLOW
                                            *Attorney for Defendant Remin Pineda*

Dated: November 30, 2023   CARPENTER, ROTHANS & DUMONT

By: */s/ Jill Williams*
    JILL WILLIAMS
    *Attorney for Defendants County of Los Angeles, et al.*

Dated: November 30, 2023   CARRILLO LAW FIRM, LLP

By:  */s/ Luis A. Carrillo*
    LUIS A. CARRILLO
    *Attorney for Plaintiffs*

Dated: November 30, 2023   LAW OFFICES OF DALE K. GALIPO

By:  */s/ Dale K. Galipo*
    DALE K. GALIPO
    *Attorney for Plaintiffs*