UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 21-06062-VAP(Ex) | Date | December 4, 2023 |
| Title | Jazmine Lucille Moreno, et al. v. County of Los Angeles, et al. | | |

PRESENT: **HONORABLE VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

| Daniel Tamayo | Suzanne Mckennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| **Dale Galipo, Dominique Boubion** | **Jill Williams, Laura Inlow** |

**PROCEEDING:**   **STATUS CONFERENCE**

Status Conference held. For the reasons stated on the record, the Status Conference is continued to **Monday, January 22, 2024, at 11:00 a.m.**

The Status Report is to be filed by January 16, 2024.

Initials of Deputy Clerk:   - 12 / dt