LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ORDAZ; D.O. III, a minor, by and through his Guardian Ad Litem, Monica Moreno; E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21:CV-6062<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT** |

TO THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiffs EMILY ORDAZ; D.O. III, a minor, by and through his Guardian Ad Litem, Monica Moreno; E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.; and Defendants COUNTY OF LOS ANGELES, REMIN PINEDA; EDWIN NAVARRETE; JAIME ROMERO; and NATHAN TRUJILLO, by and through their respective attorneys of record, as follows:

1. On October 27, 2023, Dale K. Galipo associated into the above-referenced action. After Mr. Galipo associated into the case and reviewed the operative complaint, Plaintiffs, through their counsel, met and conferred with counsel for Defendants regarding Plaintiffs' desire to file a Second Amended Complaint and provided a copy of the proposed Second Amended Complaint to Defendants' counsel. During the meet and confer discussions, the parties worked together to narrow certain issues.

2. Without waiving any defenses or right to file motions challenging the Second Amended Complaint, Defendants agree that Plaintiffs may file their Second Amended Complaint, which is attached hereto as "Exhibit A." Attached hereto as "Exhibit B" is a redlined copy of the proposed Second Amended Complaint showing the amendments. The Second Amended Complaint does not name any new parties.

3. Counsel for the County of Los Angeles agrees to accept service of the Second Amended Complaint on behalf of the County of Los Angeles.

4. Counsel for the individual defendants, Remin Pineda, Edwin Navarrete, Jaime Romero, and Nathan Trujillo, agrees to accept service of the Second Amended Complaint on behalf of these named individual defendants.

5. Plaintiffs shall have 7 days to file their Second Amended Complaint after the Court grants them leave.  Defendants shall have 14 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.

Dated: December 21, 2023     COLLINSON, DAEHNKE, INLOW & GRECO

By: __/s/ Laura E. Inlow__
    LAURA E. INLOW
    *Attorney for Defendant Remin Pineda*

Dated: December 21, 2023     CARPENTER, ROTHANS & DUMONT

By: __/s/ Jill Williams__
    JILL WILLIAMS
    *Attorney for Defendants County of Los Angeles, et al.*

Dated: December 21, 2023     CARRILLO LAW FIRM, LLP

By: __/s/ Luis A. Carrillo__
    LUIS A. CARRILLO
    *Attorney for Plaintiffs*

Dated: December 21, 2023     LAW OFFICES OF DALE K. GALIPO

By: __/s/ Dale K. Galipo__
    DALE K. GALIPO
    *Attorney for Plaintiffs*