**JILL WILLIAMS – State Bar No. 221793**
**SCOTT J. CARPENTER – State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA  90071**
**(213) 228-0400 / (213) 228-0401 (fax)**
**jwilliams@crdlaw.com / scarpenter@crdlaw.com**

Attorneys for Defendants,
County of Los Angeles, Edwin Navarrete,
Jaime Romero, and Nathaniel Trujillo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-CV-6062-FMO-E<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; JOINT STATUS REPORT RE SETTLEMENT**<br><br>**Current Trial:**<br>Date:  December 10, 2024<br>Time:  9:00 a.m.<br>Courtroom:  6D<br><br>**Proposed Cont. Trial:**<br>Date:  February 18, 2025<br>Time:  11:00 a.m.<br>Courtroom:  6D |

IT IS HEREBY STIPULATED, by Plaintiffs and Defendants by and through their counsel of record as follows:

　　1.　　This case involves the fatal deputy-involved shooting of Decedent David Ordaz. The four named individuals are deputies with the Los Angeles County Sheriff's Department alleged to be involved in the shooting.

　　2.　　The shooting was investigated by the Los Angeles County District Attorney's Office Justice System Integrity Division ("JSID").  After their investigation was completed, criminal charges were filed against defendant Deputy

-1-

STIPULATION TO CONTINUE TRIAL AND RELATED DATES;
JOINT STATUS REPORT RE SETTLEMENT

Remin Pineda, in the matter entitled People v. Remin Pineda, Los Angeles Superior Court case number BA510459.  Those charges are still pending, and the preliminary hearing is scheduled for April 3, 2024.[1]

3. On January 19, 2024, the Court issued an order setting the trial in this civil matter for May 6, 2025, along with other related pre-trial dates.  See Dkt. 145.

4. On February 29, 2024, after the case was reassigned, the Court vacated the May 6, 2025, trial date and related deadlines and issued an order advancing the trial date to December 10, 2024, and setting new related pre-trial dates.  See Dkt. 153.

5. The parties request a brief continuance of the new trial date.  The parties submit that GOOD CAUSE exists for this continuance.  In particular, Jill Williams, lead counsel for Defendants County, Navarette, Trujillo and Romero, will be out of the country and will not be returning until January 4, 2025.  Although Ms. Williams is available for trial in early January, plaintiffs' counsel, Dale K. Galipo, is not available in January due to existing trial dates in other matters, including trials starting on January 6, 2025 (CAED Case No. 2:23-cv-01887-DJC-KJN) ; January 13, 2025 (CACD 5:22-cv-00949-KK-SHKx); and January 28, 2025 (5:23-cv-2236 MRA (MRWx) .  Plaintiffs' counsel, Michael Carrillo, is not available for Trial in March due to existing trial dates in other matters in Los Angeles Superior Court, Case Nos. 22STCV19789F and 22STCV31095.

6. All parties are available for trial on February 18, 2025.

7. This is the parties' first request for a continuance, and the parties do not request this brief continuance for purposes of delay.

---

[1] The defendants have previously requested that the Court stay this civil case during the pendency of the criminal matter because of the significant overlap of witnesses and issues, and to avoid having the civil proceedings interfere with the criminal matter.  See Dkt. 75 (Mtn. Stay); Dkt. 134 (Jt. Status Rpt). The Court had stayed discovery as to defendant Pineda. See Dkt. 87 (Order on Motion for Stay).

8. The parties have been working collaboratively to conduct discovery. The parties have exchanged and responded to written discovery. Voluminous documents have been produced and records have been subpoenaed. The depositions of the plaintiffs have been taken. The depositions of numerous deputies present at the time of the shooting are being scheduled.

9. In addition, the parties have participated in three full-day mediation sessions, with two different private mediators (retired Judge Andrew J. Guilford and retired Judge Joe Biderman). These mediations were held on October 4, 2022, March 9, 2023, and January 30, 2024. Although the parties have not been able to reach a resolution, discussions continue.

10. Based on the foregoing, the parties request that the Court continue the trial and related dates as follows:

| Event | Current Date | Prop. Continued Date |
|---|---|---|
| ADR completion date | May 28, 2024 | May 28, 2024 (completed) |
| Fact discovery cut-off | May 28, 2024 | July 31, 2024 |
| Deadline to exchange initial expert disclosures | June 11, 2024 | August 13, 2024 |
| Deadline to exchange rebuttal expert disclosures | July 9, 2024 | September 10, 2024 |
| Expert discovery cut-off | August 6, 2024 | October 8, 2024 |
| Deadline to file dispositive motions | September 10, 2024 | November 26, 2024 |
| Deadline to file memoranda of contentions of fact and law; witness lists; Pretrial Exhibit Stipulation; and joint | November 1, 2024 | January 10, 2025 |

-3-

STIPULATION TO CONTINUE TRIAL AND RELATED DATES;
JOINT STATUS REPORT RE SETTLEMENT

| | | |
|---|---|---|
| motions in limine | | |
| Deadline to lodge proposed PTCO and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions; and reply memoranda to motions in limine | November 8, 2024 | January 17, 2025 |
| Final pre-trial conference | November 22, 2024, 10:00 a.m. | January 31, 2025, 10:00 a.m. |
| Trial | December 10, 2024, 9:00 a.m. | February 18, 2025, 9:00 a.m. |

IT IS SO STIPULATED.

Dated: March 20, 2024　　　　　CARRILLO LAW FIRM, LLP

　　　　　　　　　　　　　　　　　　/s/ Luis Carrillo
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Luis A. Carrillo
　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: March 20, 2024　　　　　LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　　　　　　　　/s/ Dale K. Galipo
　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　Attorney for Plaintiffs

STIPULATION TO CONTINUE TRIAL AND RELATED DATES; JOINT STATUS REPORT RE SETTLEMENT

Dated: March 12, 2024          CARPENTER, ROTHANS & DUMONT LLP

                               By: /s/ Jill Williams
                               _____
                               Jill Williams
                               Scott J. Carpenter
                               Attorney for Defendants, County of Los
                               Angeles, Edwin Navarrete, Jaime Romero,
                               and Nathaniel Trujillo

Dated: March 12, 2024          COLLINSON, DAEHNKE, INLOW & GRECO

                               By: /s/ Laura E. Inlow
                               _____
                               Laura E. Inlow
                               Attorney for Defendant Remin Pineda

STIPULATION TO CONTINUE TRIAL AND RELATED DATES;
JOINT STATUS REPORT RE SETTLEMENT