UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al._____Plaintiffs,_____vs._____COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive,_____Defendants. | Case No.: 2:21-CV-6062-FMO-E<br><br>**[Proposed] ORDER CONTINUING TRIAL AND RELATED DATES** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the trial and related dates in the above-entitled matter are continued as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| ADR completion date | May 28, 2024 | May 28, 2024 (completed) |
| Fact discovery cut-off | May 28, 2024 | July 31, 2024 |

-1-

[Proposed] ORDER CONTINUING TRIAL AND RELATED DATES

| Deadline to exchange initial expert disclosures | June 11, 2024 | August 13, 2024 |
|---|---|---|
| Deadline to exchange rebuttal expert disclosures | July 9, 2024 | September 10, 2024 |
| Expert discovery cut-off | August 6, 2024 | October 8, 2024 |
| Deadline to file dispositive motions | September 10, 2024 | November 26, 2024 |
| Deadline to file memoranda of contentions of fact and law; witness lists; Pretrial Exhibit Stipulation; and joint motions in limine | November 1, 2024 | January 10, 2025 |
| Deadline to lodge proposed PTCO and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions; and reply memoranda to motions in limine | November 8, 2024 | January 17, 2025 |
| Final pre-trial conference | November 22, 2024, 10:00 a.m. | January 31, 2025, 10:00 a.m. |
| Trial | December 10, 2024, 9:00 a.m. | February 18, 2025, 9:00 a.m. |

1   IT IS SO ORDERED.

3   Dated: _____

            Honorable Fernando M. Olguin
            United States District Judge