# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAZMINE LUCILLE MORENO, et al., | ) Case No.: 2:21-CV-6062-FMO-E |
|---|---|
| Plaintiffs, | ) **ORDER ON STIPULATION [155] CONTINUING TRIAL AND RELATED DATES** |
| vs. | ) |
| COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED, following stipulation of counsel, that the trial and related dates in the above-entitled matter are continued as follows:

| Event | New Date |
|---|---|
| ADR completion date | May 28, 2024 (completed) |
| Fact discovery cut-off | July 31, 2024 |
| Deadline to exchange initial expert disclosures | August 13, 2024 |
| Deadline to exchange rebuttal expert disclosures | September 10, 2024 |

-1-

ORDER CONTINUING TRIAL AND RELATED DATES

| Expert discovery cut-off | October 8, 2024 |
|---|---|
| Deadline to file dispositive motions | November 26, 2024 |
| Deadline to file memoranda of contentions of fact and law; witness lists; Pretrial Exhibit Stipulation; and joint motions in limine | January 10, 2025 |
| Deadline to lodge proposed PTCO and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions; and reply memoranda to motions in limine | January 17, 2025 |
| Final pre-trial conference | January 31, 2025, 10:00 a.m. |
| Trial | February 18, 2025, 9:00 a.m. |

    IT IS SO ORDERED.

Dated: March 21, 2024             _____/s/_____

                                                       Honorable Fernando M. Olguin
                                                       United States District Judge