1 | LAW OFFICES OF DALE K. GALIPO
2 | Dale K. Galipo (SBN 144074)
   | dalekgalipo@yahoo.com
   | Reneé V. Masongsong (SBN 281819)
3 | rvalentine@galipolaw.com
   | 21800 Burbank Boulevard, Suite 310
4 | Woodland Hills, CA 91367
   | Tel:   (818) 347-3333
5 | Fax:   (818) 347-4118

6 | CARRILLO LAW FIRM LLP
   | Luis A. Carrillo (SBN 70398)
7 | lac4justice@gmail.com
   | Michael S. Carrillo (SBN 28878)
8 | mc@carrillofirm.com
   | 1499 Huntington Drive, Suite 402
9 | South Pasadena, CA 91030
   | Tel:   (626) 799-9375
10 | Fax:   (626) 799-9380

11 | *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMILY ORDAZ; D.O. III, a minor, by and through his Guardian Ad Litem, Monica Moreno; E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.

Plaintiffs,

v.

COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:21-cv-06062-VAP-E

Assigned to:
*Hon. District Judge Virginia A. Phillips*
*Hon. Magistrate Judge Charles F. Eick*

**DECLARATION OF EMILY ORDAZ AS SUCCESSOR IN INTEREST TO DAVID ORDAZ, JR.**

[Pursuant to Cal. Code of Civ. Pro. § 377.32]

-1-

## **DECLARATION OF EMILY ORDAZ AS SUCCESSOR IN INTEREST TO DAVID ORDAZ, JR.**

I, Emily Ordaz, hereby declare as follows:

1.    My name is Emily Ordaz. I am a competent adult over the age of eighteen.

2.    I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3.    The name of the decedent in this action is David Ordaz, Jr. ("Decedent").

4.    Decedent is my natural father.

5.    Decedent died on March 14, 2021, in the City of Los Angeles, County of Los Angeles, California.

6.    No proceeding is now pending in California for administration of Decedent's estate.

7.    I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeed to Decedent's interest in this action or proceeding as the biological child of Decedent.

8.    With the exception of plaintiffs D.O. III and E.A.O., no other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding.

9.    A copy of Decedent's death certificate is attached hereto as "Exhibit A."

I, Emily Ordaz, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 04 / 09 / 2024 in Los Angeles , California.

_____
Emily Ordaz

# EXHIBIT "A"

## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

3052021087629

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 3/06)

3202119021677

STATE FILE NUMBER · LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| DAVID | | ORDAZ JR. |

AKA. ALSO KNOWN AS — Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE YRS | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|
| 03/24/1986 | 34 | | | M |

| 7. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP* (at time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | | YES [X] NO UNK | NEVER MARRIED | 03/14/2021 | 1439 |

| 13. EDUCATION — Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH? (If yes, see worksheet on back) | 16. DECEDENT'S RACE — Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | [X] YES MEXICAN AMERICAN ___ NO | LATINO |

| 17. USUAL OCCUPATION — Type of work for most of life, DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| LABORER | CONSTRUCTION | 3 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) | | | | |
|---|---|---|---|---|
| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
| LOS ANGELES | LOS ANGELES | 90063 | 34 | CA |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| DAVID ORDAZ, FATHER | |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP*—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | - | - |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| DAVID | - | ORDAZ | MX |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| EDELMIRA | - | RAMIREZ | MX |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 03/30/2021 | CALVARY CEMETERY |
| | 4201 WHITTIER BLVD., LOS ANGELES, CA 90023 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BU | ▶ MICHAEL PHELAN | EMB9273 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| GUERRA & GUTIERREZ MORTUARIES | FD28 | ▶ MUNTU DAVIS, M.D. | 03/26/2021 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| LAC/USC MEDICAL CENTER | IP [X] ER/OP L&DOA | Hospice / Home/LTC / Decedent's Home / Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| LOS ANGELES | 2051 MARENGO STREET | LOS ANGELES |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) | MULTIPLE GUNSHOT WOUNDS | RAPID | [X] YES ___ NO |
| | | (A1) 2021-04048 | |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | | (B1) | 109. BIOPSY PERFORMED? ___ YES [X] NO |
| (C) | | (C1) | 110. AUTOPSY PERFORMED? [X] YES ___ NO |
| (D) | | (D1) | 111. USED IN DETERMINING CAUSE? [X] YES ___ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES / NO / UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since ___ mm/dd/ccyy Decedent Last Seen Alive ___ mm/dd/ccyy (A) (B) | ▶ | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|
| |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH: Natural / Accident [X] Homicide / Suicide / Pending Investigation / Could not be determined | YES [X] NO UNK | 03/14/2021 | 1410 |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| STREET |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| SHOT BY OTHER(S) |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|
| 166 NORTH ROWAN AVENUE, LOS ANGELES, CA 90063 |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ REGINA AUGUSTINE | 03/25/2021 | REGINA AUGUSTINE, DEP CORONER |

**STATE REGISTRAR**

| A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | | | | | *01000100490862* | | |

CAL0SANG01

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

002893586



_____ MD
VG

Health Officer and Registrar

DATE ISSUED  APR - 7 2021

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE