LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118

CARRILLO LAW FIRM LLP
Luis A. Carrillo (SBN 70398)
lac4justice@gmail.com
Michael S. Carrillo (SBN 28878)
mc@carrillofirm.com
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel:  (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ORDAZ; D.O. III, a minor, by and through his Guardian Ad Litem, Monica Moreno; E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06062-VAP-E<br><br>Assigned to:<br>*Hon. District Judge Virginia A. Phillips*<br>*Hon. Magistrate Judge Charles F. Eick*<br><br>**DECLARATION OF MONICA MORENO AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF D.O., III AS SUCCESSOR IN INTEREST TO DAVID ORDAZ, JR.**<br><br>[Pursuant to Cal. Code of Civ. Pro. § 377.32] |

-1-

## DECLARATION OF MONICA MORENO FOR MINOR PLAINTIFF D.O., III AS SUCCESSOR IN INTEREST TO DAVID ORDAZ, JR

I, Monica Moreno, hereby declare as follows:

1. My name is Monica Moreno. I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The name of the decedent in this action is David Ordaz, Jr. ("Decedent").

4. I am the maternal grandmother of minor plaintiff D.O., III.

5. Decedent is the biological father of minor plaintiff D.O, III.

6. Decedent died on March 14, 2021, in the City of Los Angeles, County of Los Angeles, California.

7. No proceeding is now pending in California for administration of Decedent's estate.

8. Minor plaintiff D.O., III is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and succeeds to Decedent's interest in this action or proceeding as the biological child of Decedent.

9. With the exception of plaintiffs E.A.O. and Emily Ordaz, no other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding.

10. A copy of Decedent's death certificate is attached hereto as "Exhibit A."

I, Monica Moreno, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 04 / 09 / 2024 in Los Angeles, California.

_Monica Moreno_ (signature)
Monica Moreno

# EXHIBIT "A"

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052021087629
LOCAL REGISTRATION NUMBER: 3202119021677

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | DAVID |
| 2. MIDDLE | - |
| 3. LAST (Family) | ORDAZ JR. |
| 4. DATE OF BIRTH | 03/24/1986 |
| 5. AGE Yrs. | 34 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO (X) |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 03/14/2021 |
| 8. HOUR | 1439 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC | YES (X) MEXICAN AMERICAN |
| 16. DECEDENT'S RACE | LATINO |
| 17. USUAL OCCUPATION | LABORER |
| 18. KIND OF BUSINESS | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 3 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | [redacted] ROWAN AVE. |
| 21. CITY | LOS ANGELES |
| 22. COUNTY | LOS ANGELES |
| 23. ZIP CODE | 90063 |
| 24. YEARS IN COUNTY | 34 |
| 25. STATE | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | DAVID ORDAZ, FATHER |
| 27. INFORMANT'S MAILING ADDRESS | [redacted] LOS ANGELES, CA 90063 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE | - |
| 31. NAME OF FATHER/PARENT – FIRST | DAVID |
| 33. LAST | ORDAZ |
| 34. BIRTH STATE | MX |
| 35. NAME OF MOTHER/PARENT – FIRST | EDELMIRA |
| 37. LAST (BIRTH NAME) | RAMIREZ |
| 38. BIRTH STATE | MX |

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 03/30/2021 |
| 40. PLACE OF FINAL DISPOSITION | CALVARY CEMETERY, 4201 WHITTIER BLVD., LOS ANGELES, CA 90023 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | MICHAEL PHELAN |
| 43. LICENSE NUMBER | EMB9273 |
| 44. NAME OF FUNERAL ESTABLISHMENT | GUERRA & GUTIERREZ MORTUARIES |
| 45. LICENSE NUMBER | FD28 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS, M.D. |
| 47. DATE | 03/26/2021 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | LAC/USC MEDICAL CENTER |
| 102. IF HOSPITAL | ER/OP (X) |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 2051 MARENGO STREET |
| 106. CITY | LOS ANGELES |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH (A) IMMEDIATE CAUSE | MULTIPLE GUNSHOT WOUNDS |
| Time Interval (AT) | RAPID |
| 108. DEATH REPORTED TO CORONER | YES (X) |
| REFERRAL NUMBER | 2021-04048 |
| 109. BIOPSY PERFORMED? | NO (X) |
| 110. AUTOPSY PERFORMED? | YES (X) |
| 111. USED IN DETERMINING CAUSE? | YES (X) |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. MANNER OF DEATH | Homicide (X) |
| 120. INJURED AT WORK? | NO (X) |
| 121. INJURY DATE | 03/14/2021 |
| 122. HOUR | 1410 |
| 123. PLACE OF INJURY | STREET |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY OTHER(S) |
| 125. LOCATION OF INJURY | 166 NORTH ROWAN AVENUE, LOS ANGELES, CA 90063 |
| 126. SIGNATURE OF CORONER | REGINA AUGUSTINE |
| 127. DATE | 03/25/2021 |
| 128. TYPE NAME, TITLE | REGINA AUGUSTINE, DEP CORONER |

*010001004908623*

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

002893586



Health Officer and Registrar

DATE ISSUED: APR - 7 2021

VG

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE