1 | **JILL WILLIAMS – State Bar No. 221793**
**SCOTT J. CARPENTER – State Bar No. 253339**
2 | **CARPENTER, ROTHANS & DUMONT**
500 S. Grand Avenue, 19th Floor
3 | Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
4 | jwilliams@crdlaw.com / scarpenter@crdlaw.com

5 | Attorneys for Defendants,
County of Los Angeles, Edwin Navarrete,
6 | Jaime Romero, and Nathaniel Trujillo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al. | Case No.: 2:21-CV-6062-FMO-E |
| Plaintiffs, | **STIPULATION TO CONTINUE EXPERT WITNESS DATES** |
| vs. | |
| COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive, | |
| | Discovery cut-off:  July 31, 2024 |
| | FPTC: January 31, 2025 |
| | Trial:   February 18, 2025 |
| Defendants. | |

IT IS HEREBY STIPULATED, by Plaintiffs and Defendants by and through their counsel of record as follows:

1. This case involves the fatal deputy-involved shooting of Decedent David Ordaz. The four named individuals are deputies with the Los Angeles County Sheriff's Department alleged to be involved in the shooting.

2. The shooting was investigated by the Los Angeles County District Attorney's Office Justice System Integrity Division ("JSID").  After their investigation was completed, criminal charges were filed against defendant Deputy

-1-

STIPULATION TO CONTINUE EXPERT WITNESS DATES

Remin Pineda, in the matter entitled <u>People v. Remin Pineda</u>, Los Angeles Superior Court case number BA510459. Those charges are still pending, and the next hearing in the case is a pre-trial hearing scheduled for August 28, 2024.

3. On January 19, 2024, the Court issued an order setting the trial in this civil matter for May 6, 2025, along with other related pre-trial dates. <u>See</u> Dkt. 145.

4. On February 29, 2024, after the case was reassigned, the Court vacated the May 6, 2025, trial date and related deadlines and issued an order advancing the trial date to December 10, 2024, and setting new related pre-trial dates. <u>See</u> Dkt. 153. On March 21, 2024, following stipulation of counsel, the Court issued an order continuing those dates. <u>See</u> Dkt. 156.

5. The parties have been working collaboratively to conduct discovery. The parties have exchanged and responded to written discovery. Voluminous documents have been produced and records have been subpoenaed. The depositions of the plaintiffs have been taken, as well as the depositions of involved deputies.

6. In addition, the parties have participated in three full-day mediation sessions, with two different private mediators (retired Judge Andrew J. Guilford and retired Judge Joe Biderman). These mediations were held on October 4, 2022, March 9, 2023, and January 30, 2024. Although the parties have not been able to reach a resolution, discussions continue.

7. The parties request that the Court continue the expert witness disclosure and expert witness discovery cut-off dates only. The parties submit that GOOD CAUSE exists to continue these dates to allow them to continue to explore the possibility of settlement. Moreover, such a continuance will not affect any of the other dates in the case. The proposed dates the parties seek to have continued are as follows:

///
///

| Event | Current Date | Prop. Continued Date |
|---|---|---|
| Deadline to exchange initial expert disclosures | August 13, 2024 | September 27, 2024 |
| Deadline to exchange rebuttal expert disclosures | September 10, 2024 | October 21, 2024 |
| Expert discovery cut-off | October 8, 2024 | November 20, 2024 |

IT IS SO STIPULATED.

Dated: July 25, 2024            CARRILLO LAW FIRM, LLP

                                /s/ Luis Carrillo
                            By:_____
                                Luis A. Carrillo
                                Attorney for Plaintiffs

Dated: July 25, 2024            LAW OFFICES OF DALE K. GALIPO

                                /s/ Dale K. Galipo
                            By: _____
                                Dale K. Galipo
                                Attorney for Plaintiffs

Dated:  July 25, 2024           CARPENTER, ROTHANS & DUMONT LLP

                                /s/  Jill Williams
                            By: _____
                                Jill Williams
                                Scott J. Carpenter
                                Attorney for Defendants, County of Los Angeles, Edwin Navarrete, Jaime Romero, and Nathaniel Trujillo

///

///

-3-

STIPULATION TO CONTINUE EXPERT WITNESS DATES

| | |
|---|---|
| Dated:  July 25, 2024 | COLLINSON, DAEHNKE, INLOW & GRECO |
| | By:  /s/ Laura E. Inlow |
| | Laura E. Inlow |
| | Attorney for Defendant Remin Pineda |