1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al. | Case No.: 2:21-CV-6062-FMO-E |
| Plaintiffs, | **[Proposed] ORDER CONTINUING EXPERT WITNESS DATES** |
| vs. | |
| COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED, following stipulation of counsel, that the expert witness disclosure and expert witness discovery cut-off dates are continued as follows:

///
///
///

| Event | Current Date | Prop. Continued Date |
|---|---|---|
| Deadline to exchange initial expert disclosures | August 13, 2024 | September 27, 2024 |
| Deadline to exchange rebuttal expert disclosures | September 10, 2024 | October 21, 2024 |
| Expert discovery cut-off | October 8, 2024 | November 20, 2024 |

IT IS SO ORDERED.

Dated: _____

Honorable Fernando M. Olguin
United States District Judge