**JILL WILLIAMS – State Bar No. 221793**
**SCOTT J. CARPENTER – State Bar No. 253339**
**CARPENTER, ROTHANS & DUMONT**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
jwilliams@crdlaw.com / scarpenter@crdlaw.com

Attorneys for Defendants,
County of Los Angeles, Edwin Navarrete,
Jaime Romero, and Nathaniel Trujillo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al. | Case No.: 2:21-CV-6062-FMO-E |
| Plaintiffs, | **STIPULATION FOR ONE-WEEK CONTINUINCE OF EXPERT WITNESS AND SUMMARY JUDGMENT DATES** |
| vs. | |
| COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | Discovery cut-off:  July 31, 2024<br>FPTC: January 31, 2025<br>Trial:   February 18, 2025 |

IT IS HEREBY STIPULATED, by Plaintiffs and Defendants by and through their counsel of record as follows:

1. This case involves the fatal deputy-involved shooting of Decedent David Ordaz. The four named individuals are deputies with the Los Angeles County Sheriff's Department alleged to be involved in the shooting.

2. The shooting was investigated by the Los Angeles County District Attorney's Office Justice System Integrity Division ("JSID").  After their investigation was completed, criminal charges were filed against defendant Deputy

-1-

Remin Pineda, in the matter entitled People v. Remin Pineda, Los Angeles Superior Court case number BA510459.  Those charges are still pending, and the next hearing in the case is a pre-trial hearing scheduled for October 9, 2024.

3. On January 19, 2024, the Court issued an order setting the trial in this civil matter for May 6, 2025, along with other related pre-trial dates.  See Dkt. 145.

4. On February 29, 2024, after the case was reassigned, the Court vacated the May 6, 2025, trial date and related deadlines and issued an order advancing the trial date to December 10, 2024, and setting new related pre-trial dates.  See Dkt. 153.  On March 21, 2024, following stipulation of counsel, the Court issued an order continuing those dates.  See Dkt. 156.

5. The parties have been working collaboratively to conduct discovery.  The parties have exchanged and responded to written discovery.  Voluminous documents have been produced and records have been subpoenaed.  The depositions of the plaintiffs have been taken, as well as the depositions of involved deputies, except for defendant Pineda.

6. In addition, the parties have participated in four full-day mediation sessions, with two different private mediators (retired Judge Andrew J. Guilford and retired Judge Joe Biderman).  These mediations were held on October 4, 2022, March 9, 2023, January 30, 2024, and September 23, 2024.

7. At the conclusion of the last mediation, a mediator's proposal was issued that gives the parties until September 30, 2024, to respond.

8. In light of the pending proposal, the parties request that the Court continue the expert witness and motion for summary judgment dates.  The parties submit that GOOD CAUSE exists to continue these dates to allow them to continue to explore the possibility of settlement.  Moreover, such a continuance will not affect any of the other dates in the case.  The proposed dates the parties seek to have continued are as follows:

///

| Event | Current Date | Prop. Continued Date |
|---|---|---|
| Deadline to exchange initial expert disclosures | September 27, 2024 | October 4, 2024 |
| Deadline to meet and confer regarding MSJ | October 15, 2024 | October 22, 2024 |
| Deadline to exchange rebuttal expert disclosures | October 21, 2024 | October 28, 2024 |
| Deadline for the moving party to personally deliver or email to OPC electronic copy of their portion of the joint MSJ brief | October 22, 2024 | October 29, 2024 |
| Deadline for the non-moving party to personally deliver or email to OPC an electronic copy of their portion of the joint MSJ brief | November 5, 2024 | November 12, 2024 |
| Deadline for moving party to finalize and send joint MSJ | November 12, 2024 | November 19, 2024 |
| Deadline for nonmoving party to sign and return to finalized joint MSJ | November 14, 2024 | November 21, 2024 |
| Deadline for moving party to sign and electronically file joint MSJ brief and supporting documents | November 16, 2024 | November 23, 2024 |
| Expert discovery cut-off | November 20, 2024 | November 27, 2024 |

STIPULATION FOR ONE-WEEK CONTINUINCE OF EXPERT WITNESS AND SUMMARY JUDGMENT DATES

IT IS SO STIPULATED.

Dated: September 24, 2024      CARRILLO LAW FIRM, LLP

By: /s/ Luis Carrillo
Luis A. Carrillo
Attorney for Plaintiffs

Dated: September 24, 2024      LAW OFFICES OF DALE K. GALIPO

By: /s/ Dale K. Galipo
Dale K. Galipo
Attorney for Plaintiffs

Dated: September 24, 2024      CARPENTER, ROTHANS & DUMONT LLP

By: /s/ Jill Williams
Jill Williams
Scott J. Carpenter
Attorney for Defendants, County of Los Angeles, Edwin Navarrete, Jaime Romero, and Nathaniel Trujillo

Dated: September 24, 2024      COLLINSON, DAEHNKE, INLOW & GRECO

By: /s/ Laura E. Inlow
Laura E. Inlow
Attorney for Defendant Remin Pineda

-4-

STIPULATION FOR ONE-WEEK CONTINUINCE OF EXPERT WITNESS AND SUMMARY JUDGMENT DATES