UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-6062-FMO-E<br><br>**[Proposed] ORDER CONTINUING EXPERT WITNESS AND SUMMARY JUDGMENT DATES** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the expert witness and summary judgment dates are continued as follows:

| Event | Current Date | Prop. Continued Date |
|---|---|---|
| Deadline to exchange initial expert disclosures | September 27, 2024 | October 4, 2024 |
| Deadline to meet and confer regarding MSJ | October 15, 2024 | October 22, 2024 |

-1-

[Proposed] ORDER CONTINUING EXPERT WITNESS AND SUMMARY JUDGMENT DATES

| Event | Current Date | Prop. Continued Date |
|---|---|---|
| Deadline to exchange rebuttal expert disclosures | October 21, 2024 | October 28, 2024 |
| Deadline for the moving party to personally deliver or email to OPC electronic copy of their portion of the joint MSJ brief | October 22, 2024 | October 29, 2024 |
| Deadline for the non-moving party to personally deliver or email to OPC an electronic copy of their portion of the joint MSJ brief | November 5, 2024 | November 12, 2024 |
| Deadline for moving party to finalize and send joint MSJ | November 12, 2024 | November 19, 2024 |
| Deadline for nonmoving party to sign and return to finalized joint MSJ | November 14, 2024 | November 21, 2024 |
| Deadline for moving party to sign and electronically file joint MSJ brief and supporting documents | November 16, 2024 | November 23, 2024 |
| Expert discovery cut-off | November 20, 2024 | November 27, 2024 |

IT IS SO ORDERED.

Dated: _____

Honorable Fernando M. Olguin
United States District Judge

-2-

[Proposed] ORDER CONTINUING EXPERT WITNESS AND SUMMARY JUDGMENT DATES