LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

CARRILLO LAW FIRM LLP
Luis A. Carrillo (SBN 70398)
lac4justice@gmail.com
Michael S. Carrillo (SBN 28878)
mc@carrillofirm.com
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel:   (626) 799-9375
Fax:   (626) 799-9380

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMINE LUCILLE MORENO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:21-cv-06062-FMO-E<br><br>Assigned to:<br>Hon. District Judge Fernando M. Olguin<br>Hon. Magistrate Judge Charles F. Eick<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES** |

COME NOW all Plaintiffs and all Defendants ("the Parties") and hereby notify this Court that the Parties have reached a conditional settlement of this entire action.

1. The parties conducted mediation on September 23, 2024, with mediator Judge Joe Biderman. Following the mediation, the Parties accepted a mediator's proposal and reached a settlement of the entire action.

2. The settlement is conditioned upon approval of the relevant Los Angeles County boards, including the Claims Board and Board of Supervisors, which is anticipated to take six months or more.  The settlement is also conditioned on the Court's approval of petitions to compromise the claims of the two minor plaintiffs.

3. If the settlement is approved, then Plaintiffs will file their petition to compromise the claims of the minor plaintiffs after approval of the settlement. Plaintiffs are unable to file their minors' compromise petition prior to approval of the settlement because the interest rates on the proposed annuity may expire in the interim.

4. If the settlement is approved, and after approval of the minor's compromise, then the Parties will file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds, including the funding of the minors' annuities.

5. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the approval of the settlement.

Respectfully submitted,

Dated:  October 3, 2024        CARPENTER, ROTHANS & DUMONT LLP

                               By:  *s/ Jill Williams*
                                    Jill Williams
                                    Scott J. Carpenter
                                    Attorney for Defendants, County of Los Angeles, Edwin Navarrete, Jaime Romero, and Nathaniel Trujillo

Dated:  October 3, 2024        COLLINSON, DAEHNKE, INLOW & GRECO

                               By:  *s/ Laura E. Inlow*
                                    Laura E. Inlow
                                    Attorney for Defendant Remin Pineda

| | | |
|---|---|---|
| 1 | Dated: October 3, 2024 | CARRILLO LAW FIRM, LLP |
| 2 | | |
| 3 | | By: _s/ Luis A. Carrillo_ |
| 4 | | Luis A. Carrillo |
| | | Attorney for Plaintiffs |
| 5 | Dated: October 3, 2024 | LAW OFFICES OF DALE K. GALIPO |
| 6 | | |
| 7 | | By: _s/ Dale K. Galipo_ |
| | | Dale K. Galipo[1] |
| 8 | | Attorney for Plaintiffs |

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in its content and have authorized its filing.

- 3 -

NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES