**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
Renee V. Masongsong (Bar No. 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Fax: (818) 347-4118

**CARRILLO LAW FIRM LLP**
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
Dominique L. Boubion (Bar No. 336915)
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Telephone: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMILY ORDAZ; D.O. III, a minor, by and through his Guardian *Ad Litem*, Monica Moreno; E.A.O., a minor, by and through her Guardian *Ad Litem*, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.; and JAZMINE LUCILLE MORENO,

Plaintiffs,

v.

COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:21-cv-06062-FMO-E

*Assigned for All Purposes to:*
*Hon. Judge Fernando M. Olguin*

**DECLARATION OF MICHAEL S. CARRILLO IN SUPPORT OF UNOPPOSED *EX PARTE* PETITION FOR ORDER APPROVING MINORS' COMPROMISE AND DISBURSEMENT OF SETTLEMENT FUNDS**

**DECLARATION OF MICHAEL S. CARRILLO**

I, Michael S. Carrillo, hereby declare as follows:

1. I am an attorney licensed to practice law in this United States District Court. I am one of the attorneys of record for the minor Plaintiffs D.O. III and E.A.O. and their Guardian *Ad Litem* in this action. This declaration is made in support of the Petition for Minor's Compromise on behalf of D.O. III and E.A.O. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of the above motion.

2. Prior to the filing of this *Ex Parte* application, Plaintiffs' counsel contacted defense counsel in compliance with Local Rule 7-19 through 7-19.1. Defense counsel is:

Jill Williams, Esq.
Scott Carpenter, Esq.
CARPENTER ROTHANS AND DUMONT LLP
500 South Grand Avenue 19th Floor
Los Angeles, CA 90071
Tel: 213-228-0400 / Fax: 213-228-0401
Emails: jwilliams@crdlaw.com, scarpenter@crdlaw.com
Attorneys for Defendants COUNTY OF LOS ANGELES, JAIME ROMERO, EDWIN NAVARRETE, AND NATHANIEL TRUJILLO

Laura E. Inlow, Esq.
COLLINSON, DAEHNKE, INLOW & GRECO
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Tel: (424) 212-7777 / Fax: (424) 212-7757
Email: laura.inlow@cdiglaw.com
Attorneys for Defendant REMIN PINEDA

1. On September 30, 2026, the undersigned Plaintiffs, through counsel, contacted defense counsel, Jill Williams, Esq. and Laura E. Inlow, Esq., to inquire if the defense would oppose the filing of an *Ex Parte* for a Petition for Approval of the Minors' Compromise and Settlement. Defense counsel indicated that the defense has no opposition to the filing of this petition. The reason for seeking

approval of the minors' compromise on an *Ex Parte* basis is to expedite the approval process because of the annuity purchase date, currently set for December 28, 2026, which has been selected for the minor Plaintiffs by their Guardian *Ad Litem*. Finally, Plaintiffs and their Guardian *Ad Litem* wish to have closure on the tragic incident that has severely impacted the entire family.

2. Petitioner is the Guardian *Ad Litem* and the maternal grandmother of minor Plaintiffs D.O. III and E.A.O., Monica Moreno. Monica Moreno was appointed Guardian *Ad Litem* by this Court and retained my office to represent the minor children regarding their claims arising out of the death of David Ordaz Jr., the minors' father, who was fatally shot on March 14, 2021, in front of the Plaintiffs' family residence, by deputy sheriffs working for the County of Los Angeles ("Defendant").

3. David Ordaz Jr.'s death occurred as a result of Defendant's excessive, unreasonable, unnecessary and unjustified shooting and other uses of force. Defendant's employees failed to act in an adequate and reasonable manner; used lethal force against David Ordaz, Jr., when there was no immediate threat of death or serious bodily injury; failed to apprehend him without using unjustifiable and unreasonable lethal force; carelessly and negligently managed the apprehension of David Ordaz Jr. so as to legally, directly, and proximately cause the fatal shooting; escalated the situation where they knew or should have known that he was experiencing a mental crisis; engaged in pre-shooting negligent tactics. The Minor Plaintiffs specifically alleged the following claims: (1) Negligence (wrongful death and survival); (2) Battery (wrongful death and survival); (3) Excessive Force (42 U.S.C. §1983 and the Fourth Amendment); (4) Substantive Due Process, Interference with Familial Relationship (42 U.S.C. § 1983 and the Fourteenth Amendment); (5) Unconstitutional Custom (42 U.S.C. § 1983 and Monell); and (6) Violation of California Civil Code §52.1 (Bane Act).

4. The Plaintiffs in this action are Decedent's children, EMILY ORDAZ,

D.O. III and E.A.O., the latter two minors appearing by and through their Guardian *Ad Litem*, Monica Moreno; his parents, DAVID ORDAZ, SR. and EDELMIRA RAMIREZ; his siblings, LEONEL ORDAZ, ROBERT ORDAZ, HILDA PEDROZA, and GABRIELA HERNANDEZ; his nephew, JUAN PEDROZA, JR.; and his partner, JAZMINE LUCILLE MORENO.

5. After Plaintiffs retained the Carrillo Law Firm and the Law Offices of Dale Galipo, the parties mediated this case with the Honorable Joseph Biderman (Ret.). The parties attended two mediation sessions: on January 30, 2024 and on September 23, 2024. The parties reached a settlement following mediation on September 23, 2024, pursuant to which Defendants agreed to pay a total of Twelve Million Five Hundred Thousand Dollars ($12,500,000) to resolve Plaintiffs' claims.

6. Plaintiffs, including the Guardian *Ad Litem* for the minor Plaintiffs, submitted the matter to Richard Copeland, Esq., for an independent allocation of the gross settlement proceeds. After reviewing the facts and damages associated with each Plaintiff's claims, Mr. Copeland recommended that the settlement proceeds be allocated as follows:

- EMILY ORDAZ and her attorneys: $2,543,520
- D.O. III and his attorneys: $2,543,520
- E.A.O. and her attorneys: $2,543,520
- DAVID ORDAZ, SR. and his attorneys: $1,043,520
- EDELMIRA RAMIREZ and her attorneys: $1,043,520
- HILDA PEDROZA and her attorneys: $543,520
- GABRIELA HERNANDEZ and her attorneys: $543,520
- LEONEL ORDAZ and his attorneys: $543,520
- ROBERT ORDAZ and his attorneys: $543,520
- JUAN PEDROZA and his attorneys: $543,520
- JAZMINE MORENO and her attorneys: $64,800

7. Petitioner is Monica Moreno, the maternal grandmother and court-appointed Guardian *Ad Litem* for the Plaintiffs D.O. III and E.A.O. The ages and genders of the claimants are as follows: D.O. III is a male and is 14 years old (born 2012). E.A.O. is a female and is 16 years old (DOB: 06/03/2010)(born 2010). The nature of the Plaintiffs' claims is set forth in the operative Second Amended Complaint filed in this action (Dkt #148).

8. Minor Plaintiffs D.O. III and E.A.O.'s claims arise from the loss of their father's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, support and guidance, as well as survival damages for Decedent's own loss of life, loss of enjoyment of life, and physical pre-death pain and suffering, asserted on Decedent's behalf by his successors-in-interest, minor Plaintiffs D.O. III and E.A.O.

9. The claimants do not have any outstanding medical billing related to any medical treatment they received in connection with this case and therefore, medical costs are not an issue.

10. The moving Guardian *Ad Litem* does not have any claims against the minor Plaintiffs in connection with the subject incident. The Guardian *Ad Litem* also understands that she is not entitled to any portion of the children's settlement funds and that such funds belong to the minor children.

11. The gross amount of the settlement that the Defendants agreed to pay is $12,500,000. All Plaintiffs have gone through an allocation process and as such Plaintiffs D.O. III and E.A.O. shall receive $2,543,520 each, as their portion of the gross settlement proceeds (¶8 above).

12. Plaintiffs D.O. III and E.A.O.'s counsel, the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, request attorney's fees equal to 40 percent of each minor's $2,543,520 gross settlement allocation, or $1,017,408 per minor, for total attorney's fees of $2,034,816, as well as reimbursement for advanced litigation costs. The minor Plaintiffs were previously represented by Adamson

Ahdoot LLP and are currently represented by the Carrillo Law Firm, LLP and the Law Offices of Dale Galipo as co-counsel. The division of the approved attorney's fees between prior counsel and current counsel has not yet been determined. Any such division will be made from the attorney's fees approved by the Court and will not increase the fees deducted from the minor Plaintiffs' settlement proceeds.

13. Plaintiffs D.O. III and E.A.O.'s attorneys also seek reimbursement for litigation costs allocated to the minor Plaintiffs on a pro rata basis according to their respective shares of the gross settlement. The total litigation costs used to calculate the proposed distribution are $247,703.63, consisting of $144,087.47 in costs advanced by current counsel, the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, and $103,616.16 claimed by Plaintiffs' prior counsel, Adamson Ahdoot LLP, as described in paragraph 17 below. Each minor Plaintiff's pro rata share of the litigation costs is $50,403.13, consisting of $29,319.15 in costs advanced by current counsel and $21,083.98 attributable to the amount claimed by prior counsel, for a combined total of $100,806.26 attributable to the two minor Plaintiffs. The remaining litigation costs are allocated as follows: Plaintiff EMILY ORDAZ is allocated $50,403.13; Plaintiffs DAVID ORDAZ, SR. and EDELMIRA RAMIREZ are allocated $20,678.70 each; Plaintiffs LEONEL ORDAZ, ROBERT ORDAZ, HILDA PEDROZA, GABRIELA HERNANDEZ, and JUAN PEDROZA, JR. are allocated $10,770.55 each; and JAZMINE LUCILLE MORENO is allocated $1,284.09. Each allocation represents the Plaintiff's pro rata share of the total litigation costs based on that Plaintiff's percentage of the gross settlement proceeds.

14. Attached hereto as **Exhibit "A"** is a true and correct copy of the itemized litigation costs incurred by current counsel, the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, in this matter, totaling $144,087.47. Those costs include, among other things, deposition and transcript expenses, expert witness fees, mediation fees, costs associated with obtaining records, and the cost

of the independent settlement allocation analysis.

15. Attached hereto as **Exhibit "B"** is a true and correct copy of the account ledger provided to my office by Plaintiffs' prior counsel, Adamson Ahdoot LLP, reflecting $103,616.16 in charges that prior counsel characterizes as costs advanced during its representation of Plaintiffs. I have reviewed Exhibit B. Of the $103,616.16 reflected in Exhibit B, $56,862.42 reflects conventional litigation expenses, including expert retainers, mediation fees, court reporter and transcript charges, filing and service fees, and records costs. My office disputes that the remaining $46,753.74 constitutes recoverable litigation costs. That amount consists of: (a) $16,482.50 in two payments to the law firm Esner, Chang & Boyer for legal services, described in Exhibit B as reviewing documents regarding a discovery motion and reviewing a motion to stay and preparing an opposition; (b) $16,288.31 in monthly interest charges on bank financing obtained by prior counsel from Esquire Bank, Pacific Premier Bank, and Cathay Bank between May 2021 and May 2025; (c) $11,840.53 in two payments to Federico Sayre described in Exhibit B only as "CCL Advance," the relation of which to this action has not been documented; and (d) $2,142.40 in other charges, consisting of a $1,750.00 payment to Juris Productions, Inc. described as "Media," a $200.00 payment described as "ROA Sign up," and $192.40 in meal and deposition-attendance charges paid to Mr. Sayre. Prior counsel's claim has not been resolved. Solely to ensure that the minor Plaintiffs' net recoveries are not overstated, the full $103,616.16 claimed by prior counsel is included in the cost allocation described in paragraph 15 above. Each minor Plaintiff's $21,083.98 share of that amount, totaling $42,167.96 for both minor Plaintiffs, will be held in the Ordaz-Moreno QSF, the qualified settlement fund administered by Flatirons Bank, and will not be disbursed to prior counsel except pursuant to a written agreement among prior counsel, current counsel, and the Guardian *Ad Litem*. Any portion not paid to prior counsel will be deposited into a blocked account for the benefit of that minor Plaintiff, with no withdrawals

without further order of the Court until the minor reaches the age of eighteen. Any fee owed to prior counsel for the reasonable value of its services, including legal services performed by other attorneys at its request, will be paid from the attorneys' fees approved by the Court and will not reduce the minor Plaintiffs' net recoveries. Together, Exhibits A and B reflect the total litigation costs of $247,703.63 described in paragraph 15 above.

16. Upon Court approval, Plaintiffs D.O. III and E.A.O. will each receive net settlement proceeds of $1,475,708.87, after deduction of $1,017,408 in attorney's fees (40%) and $50,403.13 in advanced litigation costs from each minor's gross settlement allocation. On behalf of each minor Plaintiff, Defendant County of Los Angeles will pay $1,475,708.87 directly to Athene Qualified Assignment Corporation to purchase a structured settlement annuity issued by Athene Annuity and Life Company, which is rated A+ (Superior) by A.M. Best.

17. Pursuant to the Terms and Conditions of the Annuity, the minor Plaintiffs D.O. III and E.A.O. will receive the following periodic payments:

a. Plaintiff E.A.O.

**PAYEE: MONICA MORENO FBO E.A.O.**

**<u>Monthly Payments</u>**

$1,500.00 payable monthly, guaranteed for 1 year and 4 months starting at age 16 on 03/01/2027

**PAYEE: E.A.O.**

**<u>Monthly Payments</u>**

$50,000.00 payable annually, guaranteed for 5 years starting at age 18
$3,000.00 payable monthly, guaranteed for 2 years starting at age 23
$5,000.00 payable monthly, guaranteed for 5 years starting at age 25
$7,000.00 payable monthly, guaranteed for 10 years starting at age 30
$50,000.00 guaranteed lump sum, payable at age 22
$300,000.00 guaranteed lump sum, payable at age 25

$500,000.00 guaranteed lump sum, payable at age 30

$500,000.00 guaranteed lump sum, payable at age 35

$637,258.65 guaranteed lump sum, payable at age 40

Attached hereto at **Exhibit "C"** is a true and correct copy of the Terms and Conditions of the Annuity for the Plaintiff E.A.O.

b. For Plaintiff D.O. III:

**PAYEE: MONICA MORENO FBO D.O. III**

**Monthly Payments**

$1,500.00 payable monthly, guaranteed for 3 years and 1 month starting at age 14 on 03/01/2027

**PAYEE: D.O. III**

**Monthly Payments**

$50,000.00 payable annually, guaranteed for 5 years starting at age 18

$3,000.00 payable monthly, guaranteed for 2 years starting at age 23

$5,000.00 payable monthly, guaranteed for 5 years starting at age 25

$7,000.00 payable monthly, guaranteed for 10 years starting at age 30

$50,000.00 guaranteed lump sum, payable at age 22

$500,000.00 guaranteed lump sum, payable at age 25

$500,000.00 guaranteed lump sum, payable at age 30

$500,000.00 guaranteed lump sum, payable at age 35

$706,413.56 guaranteed lump sum, payable at age 40

Attached hereto at **Exhibit "D"** is a true and correct copy of the Terms and Conditions of the Annuity for the Plaintiff D.O. III.

As set forth in the Declarations of Monica Moreno and Jazmine Lucille Moreno, the monthly payments of $1,500.00 to Monica Moreno, as Guardian *Ad Litem*, are for the benefit of each minor Plaintiff until the age of majority and will

be used solely for the minors' needs, including housing, food, clothing, education, and counseling and therapy. Ms. Monica Moreno will maintain records of all expenditures and provide an accounting to the Court upon request. Other than these monthly payments, the minor Plaintiffs may not obtain funds from the annuities before they reach the age of majority.

18. This structured settlement/annuity is based upon a projected annuity purchase date of December 28, 2026.

19. Plaintiffs D.O. III and E.A.O. are represented by Luis A. Carrillo, Michael S. Carrillo, and Dominique L. Boubion, from the Carrillo Law Firm, LLP, and Dale K. Galipo and Renee V. Masongsong, from the Law Offices of Dale K. Galipo. The Carrillo Law Firm, LLP, and the Law Offices of Dale K. Galipo, did not become concerned with this matter at the instance of any party against whom the claims are asserted or of any party's insurance carrier.

20. The Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo are not employed by any other party or any insurance carrier involved in the matter at the instance of any party against whom the claims are asserted or of any party's insurance carrier.

21. The Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo have not received any compensation for their services in connection with the minor Plaintiffs' claims from any person.

22. The Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo do not expect to receive any additional compensation for their services in connection with this case other than the contingency fees set forth herein and those contingency fees to be paid for representing the other claimants involved in this matter.

23. On August 14, 2023, Monica Moreno, maternal grandmother of the minor Plaintiffs D.O. III and E.A.O., signed an agreement to retain the Carrillo Law Firm, LLP to represent her grandchildren, D.O. III and E.A.O., in this case. On

October 18, 2023, this Court ordered that Monica Moreno be appointed as Guardian *Ad Litem* for the minor Plaintiffs D.O. III and E.A.O.

24. Both retainer agreements signed by Monica Moreno provided for a 40% attorney's fee on the gross amount of all sums recovered. The contingency fee was thoroughly explained by my office, and the retainer agreements stated in bold typeface that if there was no recovery of money damages, no attorney's fees or costs would be owed to the attorneys.

25. The Carrillo Law Firm, LLP accepted this engagement for a contingency fee, plus reimbursement for any costs advanced. The retainer agreement provides for a 40% attorneys' fee on the gross of all sums recovered. Given the nature of the work involved in this matter, it is submitted that the attorneys' fee requested in the Petition is appropriate.

26. Petitioner has helped make a careful and diligent inquiry and investigation to ascertain the facts relating to minor Plaintiffs D.O. III and E.A.O.'s loss of their father's comfort, care, love, companionship, training, support, and guidance, which gave rise to the minors' claims, the parties responsible for the incident, and the nature, extent, and seriousness of the minors' claims. Petitioner further understands the transactions proposed in this petition, and requests that the Court approve it.

27. Petitioner recommends to the Court that these transactions and the proposed distribution to the minors be approved as fair, reasonable, and in the best interests of the minors and requests that the Court approve them and make such other and further orders as may be just and reasonable.

28. Petitioner requests that the Court enter an order approving the proposed structured settlement/annuity described above. Petitioner submits that these disbursements are reasonable and, in the children's best interests and requests that the Court approve them.

29. Attached hereto as "**Exhibit E**" is a specimen Structured Settlement

Annuity Contract issued by Athene Annuity and Life Company for the Court's review.

30. Attached hereto as "**Exhibit F**" is the A.M. Best credit report reflecting the A+ (Superior) financial strength rating of Athene Annuity and Life Company.

31. Attached hereto as "**Exhibit G**" is the Structured Settlement Guarantee by which Athene Holding Ltd., the parent company of Athene Qualified Assignment Corporation, guarantees Athene Qualified Assignment Corporation's payment obligations under its structured settlement assignment agreements.

32. This case involved a substantial amount of risk and was vigorously litigated by Plaintiffs' counsel. Defendants denied liability throughout the entire case and hired experts to support their arguments. Luis Carrillo, Dale K. Galipo, and I, have collectively have more than 90 years of litigation experience, including extensive experience litigating and trying cases involving law enforcement use of force, civil rights violations, catastrophic injury, and wrongful death. Mr. Galipo alone has prevailed in more than 100 jury trials. Luis Carrillo has extensive experience in civil rights litigation and was named one of the top 30 Plaintiff Lawyers in California in 2016 by the Daily Journal. Likewise, in 2025, I was named a Top 100 lawyer in the state by the Daily Journal. Due to our collective experience and vigorous advocacy, we obtained an extremely favorable result for all Plaintiffs, including minors D.O. III and E.A.O.

33. This case involved substantial risk and complex issues of law and fact and was vigorously litigated by Plaintiffs' counsel. Defendants denied liability throughout the litigation and retained experts to support their defenses. Civil rights cases, particularly wrongful death cases involving law enforcement use of force, are complex because of the specific claims that must be established as well as the defenses involved. The case presented significant legal and factual challenges, including claims arising under the Fourth and Fourteenth Amendments. The Fourteenth Amendment claim required proof of deliberate indifference, a difficult

standard because it requires proof that the defendant had knowledge of a specific risk yet proceeded with a course of action that allowed the risk to occur. Given the risks and complexity of this case, in my professional opinion, the $12.5 million settlement, including gross allocations of $2,543,520 to each minor Plaintiff, represents an extremely favorable outcome under the facts and circumstances of this case.

34. If we were not awarded a fully compensatory fee in such cases, we would not be able to take them. In turn, Plaintiffs would not be able to attract competent counsel who could achieve similar results.

35. I believe this settlement would not have been achieved without the substantial work and dedication of Plaintiffs' counsel. Luis A. Carrillo, Dominique L. Boubion, and I, from the Carrillo Law Firm, LLP, together with Dale K. Galipo and Renee V. Masongsong, from the Law Offices of Dale K. Galipo, worked extensively on this matter throughout the litigation. Our offices took or participated in at least six depositions and worked closely with four retained experts. Counsel also participated in nearly every deposition and worked together throughout the case to develop litigation strategy and prepare the matter for resolution.

36. In connection with discovery, Plaintiffs' counsel reviewed over 1,000 pages of discovery, over 60 videos, and approximately 1244 photographs in this case.

37. Plaintiffs retained four experts to address the issues anticipated for trial, including a police-practices expert, a forensic pathologist, a biomechanical engineer and a Certified Forensic Video Technician. Counsel spent substantial time working with each expert during the pendency of the case.

38. In support of our request for attorney's fees in the amount of 40%, as reflected in the contingency retainer agreement between Plaintiff and their attorneys, I provide the following list (non-exhaustive) of federal civil rights cases my office litigated recently which resulted in a Minor's Compromise Order that

awarded 40% attorney's fees:

a. *Vasquez, et al. v. County of Los Angeles* (2025) - 2:20-cv-1527-DSF-KSx

b. *Orozco v. County of Los Angeles* (2022) - 2:21-CV-05481-SVW-MAA

c. *Salas v. City of Garden Grove* (2022) - 2:20-cv-11422JVS(AGRx)

d. *B.J. v County of San Bernardino* (2019) - 5:17-CV-00797-JGB-KK

e. *Hernandez v. City of Los Angeles* (2018) - 2:16-cv-02689-AB (JEMx)

f. *Navas v. City of Los Angeles* (2017) - 15-cv-9515 SVW (JCx) - 5 minors

39. Additionally, in state court, my office has received 40% of the contingency fees in the following list (non-exhaustive) of cases involving minors:

a. *Maria Soto, et al. v. City of Torrance, et al.* (2025) - 22STCV31095 (Los Angeles Superior Court)

b. *Jane B.X. Doe, et al v. LAUSD* (2023) - 20STCV08727

c. *J.B.R. v. NHA* (2019) - 0 37-2017-00002416-CU-PO-CT (San Diego Superior Court)

d. *Jane K.C. Doe v. LAUSD* (2020) - BC680572 (Los Angeles Superior Court - "LASC")

e. *Jo. F. v. LAUSD* (2022) - BC646534 (LASC)

f. *Jane S.S. Doe v. LAUSD* (2022) - BC682433 (LASC) - 5 minor plaintiffs

g. *S.L. v. Centinela Valley UHSD* (2017) - BC553521 (LASC)

h. *A.M. v. LAUSD* (2015) - BC424111 (LASC) - 22 minor plaintiffs

40. In other civil rights cases of colleagues, 40% attorney's fees have been awarded including in the following cases:

a. *Garlick v. County of Kern*, No. 1:13-cv-01051-LJO-JLT, 2016 WL 8673040, at *2 (E.D. Cal. July 22, 2016) (finding attorneys fees for some minors at 40% and 25% was appropriate in light of the fee

agreement signed)

b. *L.R. v. County of Riverside*, No. 15-17670JGB-KK

c. *Hernandez v. County of Los Angeles*, No. 2:16-cv-09412-JWF-SS

d. *A.F. v. County of Riverside*, No. 5:15-cv-01603-JGB-DTB

e. *A.B. v. City of Santa Ana*, No 8:18-cv-01553-DOC-ADS

f. *Brittany Chandler v. City of Barstow*, No. 5:18-cv-00934-MWF-SP

g. *V.R. v. County of San Bernardino*, No. 5:19-cv-01023-JGB-SP

h. *Tara Garlick v. County of Kern*, No. 1:13-cv-01051-LJO-JLT

i. *Alexander Herd v. County of San Bernardino*, No. 5:17-cv-02545-AB-SP

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed October 14, 2026 in South Pasadena, California.

BY: ______________________
MICHAEL S. CARRILLO, ESQ.

# EXHIBIT A

CARRILLO
LAW FIRM LLP
1499 HUNTINGTON DRIVE, SUITE 402, SOUTH PASADENA, CALIFORNIA 91030
T: (626) 799-9375 F: (626) 799-9380

**Litigation Costs Advanced by Current Counsel**
*Ordaz, et al. v. County of Los Angeles, et al.*

| Payee | Expense Description | Amount |
|---|---|---|
| | **CARRILLO LAW FIRM, LLP** | |
| **Steno** | Court Reporter, Deposition Transcript and Exhibits | $1,079.75 |
| **Bennet Omalu, M.D.** | Forensic Pathology Expert, Professional Services | $15,000.00 |
| **Elizabeth Watson** | Court Reporter, Criminal Hearing Transcript | $164.00 |
| **Equicopy** | Copy Service, LAFD Records | $100.00 |
| **Joanne F. Ayotte** | Court Reporter, Criminal Hearing Transcript | $515.37 |
| **Joseph Biderman** | Mediator, Professional Services (Firm's 50% Share) | $4,500.00 |
| **Joseph Biderman** | Mediator, Professional Services (Firm's 50% Share) | $2,250.00 |
| **MEA Forensic** | Forensic Engineering Expert, Professional Services | $85,144.31 |
| **OIC Group, Inc.** | Investigator, Professional Services – 12/1/2023 | $300.00 |
| **On-Scene Consulting Group, LLC** | Police Practices Expert, Professional Services | $4,000.00 |
| **On-Scene Consulting Group, LLC** | Police Practices Expert, Professional Services (Firm's 50% Share) | $4,693.75 |
| **Parking Reimbursement** | Parking at Criminal Proceedings on February 5, 2024 | $8.00 |
| **Parking Reimbursement** | Parking at Criminal Proceedings on April 3, 2024 | $50.00 |
| **Parking Reimbursement** | Parking at Criminal Proceedings on May 2, 2024 | $25.00 |
| **UPS** | Shipping Charges | $27.34 |
| **Conflict Solution Services** | Settlement Allocation Analysis (Firm's 50% Share) | $5,400.00 |
| | **Subtotal** | $123,257.52 |

| | **LAW OFFICES OF DALE K. GALIPO** | |
|---|---|---|
| **On-Scene Consulting Group, LLC** | Police Practices Expert, Professional Services (Firm's 50% Share) | $4,693.75 |
| **Huseby** | Court Reporter, Deposition Transcripts and Exhibits – Romero and Trujillo | $1,612.40 |
| **Huseby** | Court Reporter, Deposition Transcripts and Exhibits | $1,215.60 |
| **Huseby** | Court Reporter, Deposition Transcripts and Exhibits | $300.00 |
| **Huseby** | Court Reporter, Deposition Transcripts and Exhibits | $858.20 |
| **Joseph Biderman** | Mediator, Professional Services (Firm's 50% Share) | $2,250.00 |
| **Joseph Biderman** | Mediator, Professional Services (Firm's 50% Share) | $4,500.00 |
| **Conflict Solution Services** | Settlement Allocation Analysis (Firm's 50% Share) | $5,400.00 |
| | **Subtotal** | $20,829.95 |
| | **TOTAL** | $144,087.47 |

# EXHIBIT B

# Account QuickReport

## Adamson Ahdoot LLP

All Dates

| DISTRIBUTION ACCOUNT | TRANSACTION DATE | TRANSACTION TYPE | NUM | NAME | LINE DESCRIPTION | FULL NAME | CLEARED | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| Client Costs Advanced | | | | | | | | | |
| David Ordaz, Jr. 3/14/21 CCA | | | | | | | | | |
| David Ordaz, Jr. 3/14/21 CCA | 05/01/2025 | Check | ACH Debit | Cathay Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 490.83 | 490.83 |
| David Ordaz, Jr. 3/14/21 CCA | 04/01/2025 | Check | ACH Debit | Cathay Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 507.20 | 998.03 |
| David Ordaz, Jr. 3/14/21 CCA | 09/03/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 564.33 | 1,562.36 |
| David Ordaz, Jr. 3/14/21 CCA | 05/02/2023 | Check | 1535 | Esner, Chang & Boyer | Review motion to stay, LR, prepare opposition- David Ordaz (Inv# 5820) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 8,037.50 | 9,599.86 |
| David Ordaz, Jr. 3/14/21 CCA | 03/24/2023 | Check | 1086 | Aptus Court Reporting | Court reporter- David Ordaz Jr (Inv# 1115826) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 1,517.96 | 11,117.82 |
| David Ordaz, Jr. 3/14/21 CCA | 02/03/2023 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 271.60 | 11,389.42 |
| David Ordaz, Jr. 3/14/21 CCA | 01/05/2023 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 274.00 | 11,663.42 |
| David Ordaz, Jr. 3/14/21 CCA | 12/02/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 205.17 | 11,868.59 |
| David Ordaz, Jr. 3/14/21 CCA | 11/01/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 189.07 | 12,057.66 |
| David Ordaz, Jr. 3/14/21 CCA | 10/03/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 98.67 | 12,156.33 |
| David Ordaz, Jr. 3/14/21 CCA | 09/28/2022 | Check | 1668 | Judicate West | Mediation- David Ordaz Jr (Inv# 568405) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 7,875.00 | 20,031.33 |
| David Ordaz, Jr. 3/14/21 CCA | 09/01/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 101.96 | 20,133.29 |
| David Ordaz, Jr. 3/14/21 CCA | 08/01/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 94.31 | 20,227.60 |
| David Ordaz, Jr. 3/14/21 CCA | 07/01/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 88.81 | 20,316.41 |
| David Ordaz, Jr. 3/14/21 CCA | 06/01/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 96.86 | 20,413.27 |
| David Ordaz, Jr. 3/14/21 CCA | 05/02/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 93.74 | 20,507.01 |
| David Ordaz, Jr. 3/14/21 CCA | 04/05/2022 | Check | 14879 | Esner, Chang & Boyer | Review Documents re: discovery motion - David Ordaz (Inv# 5180) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 8,445.00 | 28,952.01 |
| David Ordaz, Jr. 3/14/21 CCA | 04/01/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 96.86 | 29,048.87 |
| David Ordaz, Jr. 3/14/21 CCA | 03/02/2022 | Check | Bank Debit | Esquire Bank, NA | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 87.49 | 29,136.36 |
| David Ordaz, Jr. 3/14/21 CCA | 02/02/2022 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 96.86 | 29,233.22 |
| David Ordaz, Jr. 3/14/21 CCA | 01/03/2022 | Check | Bank Debit | Esquire Bank, NA | Group Case Cost Advance Interest Payments | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 96.86 | 29,330.08 |
| David Ordaz, Jr. 3/14/21 CCA | 12/02/2021 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 93.74 | 29,423.82 |
| David Ordaz, Jr. 3/14/21 CCA | 11/03/2021 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 101.96 | 29,525.78 |
| David Ordaz, Jr. 3/14/21 CCA | 10/01/2021 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 98.67 | 29,624.45 |
| David Ordaz, Jr. 3/14/21 CCA | 09/01/2021 | Check | Bank Debit | Esquire Bank, NA | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 101.96 | 29,726.41 |
| David Ordaz, Jr. 3/14/21 CCA | 08/02/2021 | Check | Bank Debit | Esquire Bank, NA | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 101.96 | 29,828.37 |
| David Ordaz, Jr. 3/14/21 CCA | 07/28/2021 | Check | | Courts/USDC | Filing Fee | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 402.00 | 30,230.37 |
| David Ordaz, Jr. 3/14/21 CCA | 07/19/2021 | Check | 11847 | Juris Productions, Inc. | Media - David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 1,750.00 | 31,980.37 |
| David Ordaz, Jr. 3/14/21 CCA | 07/12/2021 | Check | 11765 | Xebee Records | Itemized Billing Statements - David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 47.00 | 32,027.37 |
| David Ordaz, Jr. 3/14/21 CCA | 07/01/2021 | Check | Bank Debit | Esquire Bank, NA | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 98.67 | 32,126.04 |
| David Ordaz, Jr. 3/14/21 CCA | 06/25/2021 | Check | 11603 | LA County Fire Department | Processing Fee - David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 15.00 | 32,141.04 |
| David Ordaz, Jr. 3/14/21 CCA | 06/08/2021 | Check | 11453 | Xebee Records | Medical Records - David Ordaz Jr. (Req# 427467) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 47.00 | 32,188.04 |
| David Ordaz, Jr. 3/14/21 CCA | 06/07/2021 | Check | Bank Debit | Esquire Bank, NA | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 101.96 | 32,290.00 |
| David Ordaz, Jr. 3/14/21 CCA | 05/04/2021 | Check | Bank Debit | Esquire Bank, NA | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 105.25 | 32,395.25 |
| David Ordaz, Jr. 3/14/21 CCA | 05/03/2021 | Check | 11190 | Xebee Records | Ambulance Trip Report | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 33.50 | 32,428.75 |
| David Ordaz, Jr. 3/14/21 CCA | 03/30/2021 | Check | 1083 | Federico Sayre | CCL Advance re: David Ordaz, Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 10,000.00 | 42,428.75 |
| David Ordaz, Jr. 3/14/21 CCA | 03/30/2021 | Check | 1084 | Federico Sayre | CCL Advance re: David Ordaz, Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 1,840.53 | 44,269.28 |
| David Ordaz, Jr. 3/14/21 CCA | 03/30/2021 | Check | 10966 | Jaime Garibo-ROA | Sign up | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 200.00 | 44,469.28 |
| David Ordaz, Jr. 3/14/21 CCA | 02/07/2025 | Check | ACH Debit | Cathay Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 507.20 | 44,976.48 |
| David Ordaz, Jr. 3/14/21 CCA | 01/01/2025 | Check | ACH Debit | Cathay Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 515.85 | 45,492.33 |
| David Ordaz, Jr. 3/14/21 CCA | 12/02/2024 | Check | ACH DEBIT | Cathay Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 508.64 | 46,000.97 |
| David Ordaz, Jr. 3/14/21 CCA | 11/01/2024 | Check | ACH Debit | Cathay Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 763.20 | 46,764.17 |
| David Ordaz, Jr. 3/14/21 CCA | 08/01/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 564.33 | 47,328.50 |
| David Ordaz, Jr. 3/14/21 CCA | 07/01/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 546.12 | 47,874.62 |
| David Ordaz, Jr. 3/14/21 CCA | 07/01/2024 | Journal Entry | Bank | | Record Reversal of ck# 18869 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | -8,826.25 | 39,048.37 |
| David Ordaz, Jr. 3/14/21 CCA | 06/03/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 564.33 | 39,612.70 |
| David Ordaz, Jr. 3/14/21 CCA | 05/01/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 546.13 | 40,158.83 |
| David Ordaz, Jr. 3/14/21 CCA | 04/01/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 571.99 | 40,730.82 |
| David Ordaz, Jr. 3/14/21 CCA | 03/08/2024 | Check | ACH Debit | Pacific Premier Bank | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 583.49 | 41,314.31 |
| David Ordaz, Jr. 3/14/21 CCA | 02/01/2024 | Check | ACH Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 623.73 | 41,938.04 |
| David Ordaz, Jr. | 01/02/2024 | Check | | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 | Uncleared | 623.74 | 42,561.78 |

# Account QuickReport

Adamson Ahdoot LLP

All Dates

| DISTRIBUTION ACCOUNT | TRANSACTION DATE | TRANSACTION TYPE | NUM | NAME | LINE DESCRIPTION | FULL NAME | CLEARED | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/21 CCA | | | | | | CCA:David Ordaz, Jr. 3/14/21 CCA | | | |
| David Ordaz, Jr. 3/14/21 CCA | 12/01/2023 | Check | ACH Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 603.61 | 43,165.39 |
| David Ordaz, Jr. 3/14/21 CCA | 11/01/2023 | Check | ACH Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 623.73 | 43,789.12 |
| David Ordaz, Jr. 3/14/21 CCA | 10/02/2023 | Check | ACH Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 603.62 | 44,392.74 |
| **Total for David Ordaz, Jr. 3/14/21 CCA** | | | | | | | | **$102,758.10** | |
| Jazmine L. Moreno 3/14/21 CCA | | | | | | | | | |
| Jazmine L. Moreno 3/14/21 CCA | 09/08/2023 | Bill | Inv# 23099-01 | Professional Legal Document Services, Inc | WITNESS FEE ADVANCED (Inv# 23099-01) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:Jazmine L. Moreno 3/14/21 CCA | Uncleared | 190.10 | 190.10 |
| Jazmine L. Moreno 3/14/21 CCA | 03/14/2022 | Check | 14599 | Berto Legal | Process Service - Jazmine Lucille Moreno (Inv# 21-0451) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:Jazmine L. Moreno 3/14/21 CCA | Uncleared | 147.60 | 337.70 |
| Jazmine L. Moreno 3/14/21 CCA | 12/14/2021 | Check | 13622 | Berto Legal | Process Service - Jazmine Lucille Moreno (Inv# 21-0436) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:Jazmine L. Moreno 3/14/21 CCA | Uncleared | 455.40 | 793.10 |
| **Total for Jazmine L. Moreno 3/14/21 CCA** | | | | | | | | **$793.10** | |
| David Ordaz, Jr. 3/14/21 CCA | 09/01/2023 | Check | ACH Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 623.74 | 623.74 |
| David Ordaz, Jr. 3/14/21 CCA | 08/01/2023 | Check | Bank Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 611.28 | 1,235.02 |
| David Ordaz, Jr. 3/14/21 CCA | 07/03/2023 | Check | ACH Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 589.24 | 1,824.26 |
| David Ordaz, Jr. 3/14/21 CCA | 06/01/2023 | Check | Bank Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 605.21 | 2,429.47 |
| David Ordaz, Jr. 3/14/21 CCA | 05/01/2023 | Check | Bank Debit | Pacific Premier Bank | Interest | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 480.71 | 2,910.18 |
| Robert Ordaz 3/14/21 CCA | | | | | | | | | |
| Robert Ordaz 3/14/21 CCA | 04/25/2023 | Check | 1451 | Titan Legal Services, Inc. | Library Basic Charge- Jazmine L. Moreno (Inv# OP184679-01-01) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:Robert Ordaz 3/14/21 CCA | Uncleared | 64.96 | 64.96 |
| **Total for Robert Ordaz 3/14/21 CCA** | | | | | | | | **$64.96** | |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272078 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 456.20 | 456.20 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272031 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 474.40 | 930.60 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272054 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 451.40 | 1,382.00 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272053 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 489.80 | 1,871.80 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 271934 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 780.00 | 2,651.80 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272029 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 555.00 | 3,206.80 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272023 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 648.20 | 3,855.00 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 272062 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 710.60 | 4,565.60 |
| David Ordaz, Jr. 3/14/21 CCA | 04/20/2023 | Check | 1409 | Hines Reporters | Inv# 271958 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 565.00 | 5,130.60 |
| David Ordaz, Jr. 3/14/21 CCA | 04/13/2023 | Expense | | Fed Ex | | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 39.55 | 5,170.15 |

# Account QuickReport

Adamson Ahdoot LLP

All Dates

| DISTRIBUTION ACCOUNT | TRANSACTION DATE | TRANSACTION TYPE | NUM | NAME | LINE DESCRIPTION | FULL NAME | CLEARED | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| David Ordaz, Jr. 3/14/21 CCA | 04/10/2023 | Check | 1270 | MEA Forensic Engineers & Scientists | Expert- David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 3,000.00 | 8,170.15 |
| David Ordaz, Jr. 3/14/21 CCA | 04/07/2023 | Check | 1251 | Bennet Omalu Pathology | Expert- David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 12,000.00 | 20,170.15 |
| David Ordaz, Jr. 3/14/21 CCA | 04/03/2023 | Check | 1176 | On-Scene Consulting Group, LLC | Expert- David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 6,518.75 | 26,688.90 |
| David Ordaz, Jr. 3/14/21 CCA | 04/03/2023 | Check | ACH Debit | Pacific Premier Bank | CCL Interest Payment | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 369.63 | 27,058.53 |
| David Ordaz, Jr. 3/14/21 CCA | 03/01/2023 | Check | 18869 | High Impact, LLC | Legal Services- David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Reconciled | 0.00 | 27,058.53 |
| David Ordaz, Jr. 3/14/21 CCA | 03/01/2023 | Journal Entry | Bank | | Record of ck# 18869 | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 8,826.25 | 35,884.78 |
| David Ordaz, Jr. 3/14/21 CCA | 02/21/2023 | Check | 1898 | High Impact, LLC | Exhibit 01: Video Editing- David Ordaz (Inv# 23440) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 8,570.00 | 44,454.78 |
| David Ordaz, Jr. 3/14/21 CCA | 02/02/2023 | Check | 18525 | Hines Reporters | Court reporter- David Ordaz Jr. (Inv# 271963) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 430.00 | 44,884.78 |
| David Ordaz, Jr. 3/14/21 CCA | 01/23/2023 | Check | 18401 | Hines Reporters | Court reporter- David Ordaz Jr. (Inv# 272128) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 473.00 | 45,357.78 |
| David Ordaz, Jr. 3/14/21 CCA | 01/23/2023 | Check | 18402 | Hines Reporters | Court reporter- David Ordaz Jr. (Inv# 272211) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 280.00 | 45,637.78 |
| David Ordaz, Jr. 3/14/21 CCA | 12/29/2022 | Check | 18131 | Federico C. Sayre | Meal for FCS & Clts | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 157.40 | 45,795.18 |
| David Ordaz, Jr. 3/14/21 CCA | 12/29/2022 | Check | 18131 | Federico C. Sayre | Attended Depos of Clts | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 35.00 | 45,830.18 |
| David Ordaz, Jr. 3/14/21 CCA | 11/29/2022 | Check | 1762 | Scott DeFoe | Expert- David Ordaz Jr. | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 4,000.00 | 49,830.18 |
| David Ordaz, Jr. 3/14/21 CCA | 11/11/2022 | Check | 1736 | Judicate West | Legal Services - David Ordaz Jr. (Inv# 580392) | Client Costs Advanced:David Ordaz, Jr. 3/14/21 CCA:David Ordaz, Jr. 3/14/21 CCA | Uncleared | 5,625.00 | 55,455.18 |
| **Total for David Ordaz, Jr. 3/14/21 CCA with sub-accounts** | | | | | | | | **$103,616.16** | |
| **Total for Client Costs Advanced with sub-accounts** | | | | | | | | **$103,616.16** | |
| **TOTAL** | | | | | | | | **$103,616.16** | |

# EXHIBIT C

**ATTACHMENT 8b(2) To MC-351 ● ATTACHMENT 18b(3) TO MC-350 ● ATTACHMENT 19b(3) To MC-350EX**

## Terms and Conditions of the Annuity for E[redacted] O[redacted]

The Court so orders that $1,475,708.87 be paid by Defendant and/or its Insurer ("Payor") to purchase a structured settlement annuity, in which Athene Qualified Assignment Corporation (<-Assignee) will provide for the following Periodic Payments to be made by Athene Annuity and Life Company (<-Annuity Issuer), an A+ (Superior) by A.M. Best. The details of the periodic payments of which will be set forth below. All sums constitute damages on account of personal physical injuries arising from an occurrence within the meaning of Section 104(a)(2) of the Internal Revenue Code.

The periodic payment schedule is as follows:

**PAYEE: MONICA MORENO FBO E[redacted] O[redacted]**

<u>**Monthly Payments**</u>
- $1,500.00 payable monthly, guaranteed for 1 year and 4 months starting at age 16 on 03/01/2027

**PAYEE: E[redacted] O[redacted]**

<u>**Monthly Payments**</u>
- $50,000.00 payable annually, guaranteed for 5 years starting at age 18 on 06/03/2028
- $3,000.00 payable monthly, guaranteed for 2 years starting at age 23 on 06/03/2033
- $5,000.00 payable monthly, guaranteed for 5 years starting at age 25 on 06/03/2035
- $7,000.00 payable monthly, guaranteed for 10 years starting at age 30 on 06/03/2040
- $50,000.00 guaranteed lump sum, payable at age 22 on 06/03/2032
- $300,000.00 guaranteed lump sum, payable at age 25 on 06/03/2035
- $500,000.00 guaranteed lump sum, payable at age 30 on 06/03/2040
- $500,000.00 guaranteed lump sum, payable at age 35 on 06/03/2045
- $637,258.65 guaranteed lump sum, payable at age 40 on 06/03/2050

*(The above periodic payments have a present cost of $1,475,708.87)*

<u>**FUNDING INSTRUCTIONS**</u>**:**

| | |
|---|---|
| Check Amount: | **$1,475,708.87** |
| Check Payable To: | **ATHENE QUALIFIED ASSIGNMENT CORPORATION** |
| Tax ID#: | **39-2408936** |
| Send Check To: | **Tory Owens Structured Settlements**<br>**13157 Mindanao Way, Suite 499**<br>**Marina Del Rey, CA 90292** |

The future periodic payment amounts outlined herein are guaranteed based upon a projected annuity purchase date of 12/28/2026. Interest rates are volatile, and the above periodic payments may vary until locked in, which is a commitment to purchase; therefore, IF THE RATE IS NOT LOCKED IN OR LATE FUNDING OCCURS IT MAY REQUIRE REVISION OF THE ABOVE PERIODIC PAYMENTS. Furthermore, any delay in funding the annuity may result in a delay of the payment dates or change in payment amounts. Any revisions to the periodic payments shall be recorded in the settlement agreement and release or the Addendum to the Settlement Agreement and Release, and/or qualified assignment document and annuity contract without the need of obtaining an amended Petition/Court Order/Infants Compromise Order. The Assignee and Annuity Owner are expressly authorized to make any date adjustments if there is a funding delay and reflect such date changes in the annuity contract and the qualified assignment agreement.

Payee acknowledges and agrees that the Defendant(s) and/or the PAYOR shall make a "qualified assignment", within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the Defendant's and/or the PAYOR's liability to make the Periodic Payments required herein. Any such assignment, shall be accepted by the Payee without right of rejection and shall completely release and discharge the Defendant(s) and the PAYOR from such obligations hereunder as are assigned Athene Qualified Assignment Corporation ("Assignee"). The Payee recognizes that, in the event of such an assignment, the Assignee shall be the sole obligor with respect to the Periodic Payments assigned, and that all other releases that pertain to the liability of the Defendant(s) and the PAYOR shall thereupon become final, irrevocable and absolute.

If the liability to make the periodic payments is assigned by way of a "qualified assignment."

A) Periodic payments from the Assignee cannot be accelerated, deferred, increased or decreased by Payee;
B) The periodic payments from the Assignee will be fixed and determinable and may not be varied by any party;
C) The Assignee does not provide to the Payee rights against the Assignee greater than those of a general creditor;
D) The Assignee's obligation for payment of the periodic payments is no greater than the obligation of the person or entity originally liable (whether by suit or agreement) for payment and from whom the obligation was assigned.

The sole obligor of the Periodic payments, whether it is the Defendant(s), the PAYOR, and/or the Assignee, reserves the right to fund the liability to make the Periodic Payments by purchasing an annuity through Athene Annuity and Life Company ("Annuity Issuer"). The Defendant(s), the PAYOR, or in the event of an assignment the Assignee, shall be the sole owner of the annuity and have all rights in it. Said owner of the annuity may have Athene Annuity and Life Company mail payments direct to the Payee. Payee shall be responsible for maintaining a current mailing address for Payee with Athene Annuity and Life Company

The obligation of the Defendant(s), the PAYOR, or in the event of an assignment, the obligation of its Assignee, to make each Periodic Payment shall be discharged upon the mailing of a valid check in the amount of such payment as stated herein to the designated address of the Payee. If the Payee or Beneficiary notifies the Assignee that any such check or electronic funds transfer

was not received, the Assignee shall direct the Annuity Issuer to initiate a stop payment action and, upon confirmation that such check was not previously negotiated or electronic funds transfer deposited, shall have the Annuity Issuer process a replacement payment.

Any payments to be made after the death of any Payee pursuant to the terms of this Agreement shall be made to such person or entity as shall be designated in writing by Claimant, upon reaching the age of majority, to the Insurer's Assignee. If no person or entity is so designated by Claimant, or if the person designated is not living at the time of the Payee's death, such payments shall be made to the estate of the Payee. No such designation, nor any revocation thereof, shall be effective unless it is in writing and delivered to the Insurer or the Insurer's Assignee. The designation must be in a form acceptable to the Insurer's Assignee before such payments are made.

# EXHIBIT D

**ATTACHMENT 8b(2) To MC-351 ● ATTACHMENT 18b(3) TO MC-350 ● ATTACHMENT 19b(3) To MC-350EX**

## Terms and Conditions of the Annuity for D[redacted]O[redacted] III

The Court so orders that $1,475,708.87 be paid by Defendant and/or its Insurer ("Payor") to purchase a structured settlement annuity, in which Athene Qualified Assignment Corporation (<-Assignee) will provide for the following Periodic Payments to be made by Athene Annuity and Life Company (<-Annuity Issuer), an A+ (Superior) by A.M. Best. The details of the periodic payments of which will be set forth below. All sums constitute damages on account of personal physical injuries arising from an occurrence within the meaning of Section 104(a)(2) of the Internal Revenue Code.

The periodic payment schedule is as follows:

**PAYEE: MONICA MORENO FBO D[redacted] O[redacted] III**

**Monthly Payments**

- $1,500.00 payable monthly, guaranteed for 3 years and 1 month starting at age 14 on 03/01/2027

**PAYEE: D[redacted] O[redacted] III**

**Monthly Payments**

- $50,000.00 payable annually, guaranteed for 5 years starting at age 18 on 03/08/2030
- $3,000.00 payable monthly, guaranteed for 2 years starting at age 23 on 03/08/2035
- $5,000.00 payable monthly, guaranteed for 5 years starting at age 25 on 03/08/2037
- $7,000.00 payable monthly, guaranteed for 10 years starting at age 30 on 03/08/2042
- $50,000.00 guaranteed lump sum, payable at age 22 on 03/08/2034
- $500,000.00 guaranteed lump sum, payable at age 25 on 03/08/2037
- $500,000.00 guaranteed lump sum, payable at age 30 on 03/08/2042
- $500,000.00 guaranteed lump sum, payable at age 35 on 03/08/2047
- $706,413.56 guaranteed lump sum, payable at age 40 on 03/08/2052

*(The above periodic payments have a present cost of $1,475,708.87)*

**FUNDING INSTRUCTIONS:**

| | |
|---|---|
| Check Amount: | **$1,475,708.87** |
| Check Payable To: | **ATHENE QUALIFIED ASSIGNMENT CORPORATION** |
| Tax ID#: | **39-2408936** |
| Send Check To: | **Tory Owens Structured Settlements<br>13157 Mindanao Way, Suite 499<br>Marina Del Rey, CA 90292** |

The future periodic payment amounts outlined herein are guaranteed based upon a projected annuity purchase date of 12/28/2026. Interest rates are volatile, and the above periodic payments may vary until locked in, which is a commitment to purchase; therefore, IF THE RATE IS NOT LOCKED IN OR LATE FUNDING OCCURS IT MAY REQUIRE REVISION OF THE ABOVE PERIODIC PAYMENTS. Furthermore, any delay in funding the annuity may result in a delay of the payment dates or change in payment amounts. Any revisions to the periodic payments shall be recorded in the settlement agreement and release or the Addendum to the Settlement Agreement and Release, and/or qualified assignment document and annuity contract without the need of obtaining an amended Petition/Court Order/Infants Compromise Order. The Assignee and Annuity Owner are expressly authorized to make any date adjustments if there is a funding delay and reflect such date changes in the annuity contract and the qualified assignment agreement.

Payee acknowledges and agrees that the Defendant(s) and/or the PAYOR shall make a "qualified assignment", within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the Defendant's and/or the PAYOR's liability to make the Periodic Payments required herein. Any such assignment, shall be accepted by the Payee without right of rejection and shall completely release and discharge the Defendant(s) and the PAYOR from such obligations hereunder as are assigned Athene Qualified Assignment Corporation ("Assignee"). The Payee recognizes that, in the event of such an assignment, the Assignee shall be the sole obligor with respect to the Periodic Payments assigned, and that all other releases that pertain to the liability of the Defendant(s) and the PAYOR shall thereupon become final, irrevocable and absolute.

If the liability to make the periodic payments is assigned by way of a “qualified assignment.”

A) Periodic payments from the Assignee cannot be accelerated, deferred, increased or decreased by Payee;
B) The periodic payments from the Assignee will be fixed and determinable and may not be varied by any party;
C) The Assignee does not provide to the Payee rights against the Assignee greater than those of a general creditor;
D) The Assignee’s obligation for payment of the periodic payments is no greater than the obligation of the person or entity originally liable (whether by suit or agreement) for payment and from whom the obligation was assigned.

The sole obligor of the Periodic payments, whether it is the Defendant(s), the PAYOR, and/or the Assignee, reserves the right to fund the liability to make the Periodic Payments by purchasing an annuity through Athene Annuity and Life Company ("Annuity Issuer"). The Defendant(s), the PAYOR, or in the event of an assignment the Assignee, shall be the sole owner of the annuity and have all rights in it. Said owner of the annuity may have Athene Annuity and Life Company mail payments direct to the Payee. Payee shall be responsible for maintaining a current mailing address for Payee with Athene Annuity and Life Company

The obligation of the Defendant(s), the PAYOR, or in the event of an assignment, the obligation of its Assignee, to make each Periodic Payment shall be discharged upon the mailing of a valid check in the amount of such payment as stated herein to the designated address of the Payee. If the Payee or Beneficiary notifies the Assignee that any such check or electronic funds transfer

was not received, the Assignee shall direct the Annuity Issuer to initiate a stop payment action and, upon confirmation that such check was not previously negotiated or electronic funds transfer deposited, shall have the Annuity Issuer process a replacement payment.

Any payments to be made after the death of any Payee pursuant to the terms of this Agreement shall be made to such person or entity as shall be designated in writing by Claimant, upon reaching the age of majority, to the Insurer's Assignee. If no person or entity is so designated by Claimant, or if the person designated is not living at the time of the Payee's death, such payments shall be made to the estate of the Payee. No such designation, nor any revocation thereof, shall be effective unless it is in writing and delivered to the Insurer or the Insurer's Assignee. The designation must be in a form acceptable to the Insurer's Assignee before such payments are made.

# EXHIBIT E

# Structured Settlement Annuity Contract

- Periodic income commences on Annuity Date.
- Non-Participating.

**Athene Annuity and Life Company** ("**the Company**") will make Annuity Payments to the Payee(s) as described in this contract in the Schedule of Payments section. The Single Premium is payable to the Company on the Date of Issue. The Company's liability to the Payee(s) will end with the last payment as specified in the Schedule of Payments section.

**This contract includes provisions both on the pages within and on any riders or endorsements that are attached. If the Owner is not satisfied with this contract, the Owner may return it to the Company within [20] days following its receipt, and the Single Premium, less any amounts already paid, will be refunded and the contract will be cancelled. This is referred to as the "Free Look Period."**

SPECIMEN

Grant Kvalheim
President

Blaine T. Doerrfeld
Secretary

ATHENE

**Administrative Office:**
Mail Processing Center
P.O. Box 1555
Des Moines, IA 50306-1555
(888) 266-8489

**Home Office:**
7700 Mills Civic Pkwy
West Des Moines, IA 50266-3862
(888) 266-8489

Contents

CONTRACT SCHEDULE ..... 2

I. SCHEDULE OF PAYMENTS ..... 3a

II. DEFINITIONS ..... 4

Administrative Office ..... 4

Annuitant, Joint Annuitant ..... 4

Annuity Date ..... 4

Annuity Payment Option ..... 4

Beneficiary ..... 4

Date of Issue ..... 4

Guaranteed Period ..... 4

Owner ..... 4

Payee, Joint Payee ..... 4

Single Premium ..... 4

The Company ..... 4

III. GENERAL PROVISIONS ..... 5

Annuity Payments ..... 5

Cash Value ..... 5

Change of Beneficiary ..... 5

Contract ..... 5

Death of the Payee ..... 5

Proof of Living ..... 5

Overpayments of Annuity Payments ..... 5

Incontestability ..... 5

Misstatement of Age or Gender ..... 6

Non-Assignability; Claims of Creditors ..... 6

Non-Participating ..... 6

Notices ..... 6

Ownership ..... 6

Premium Payment ..... 6

Transfer of Ownership ..... 6

IV. Termination ..... 7

SPECIMEN

**For information, or to make a complaint regarding this contract, call: [1-888-266-8489]**

# Contract Schedule

| | | | | | |
|---|---|---|---|---|---|
| Contract Number: | [Specimen] | Single Premium: | | | $[10,000.00] |
| Annuitant: | [John Doe] | Age: | [35] | Gender: | [Male] |
| [Joint Annuitant: | [Jane Doe] | Age: | [35] | Gender: | [Female]] |
| Owner: | [Athene Assignment Corporation] | | | | |
| Payee: | [Jane Doe] | Age: | [35] | Gender: | [Female] |
| [Joint Payee: | [Jill Doe] | Age: | [30] | Gender: | [Female]] |
| [Beneficiary: | [Josh Doe]] | | | | |
| Date of Issue: | [01/10/2023] | | | | |
| Attached Endorsements | [None] | | | | |
| Misstatement Interest Rate | [6.00]% | | | | |

SPECIMEN

# I. SCHEDULE OF PAYMENTS

[**Single Life** – [$1,000.00] for life, payable [monthly], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]].]

[**Period Certain** – [$1,000.00] payable [monthly], guaranteed for [20 year(s)], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]], with the last guaranteed payment on [04/01/2045].]

[**Single Life with Period Certain** – [$1,000.00] for life, payable [monthly], guaranteed for [20 year(s)], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]], with the last guaranteed payment on [04/01/2045].]

[**Guaranteed Lump Sum** – [$1,000.00] paid as a lump sum on [05/01/2025] guaranteed.]

[**Paid If Living Lump Sum** – [$1,000.00] paid as a lump sum on [05/01/2025] if living.]

[**Single Life with Installment Refund** – [$1,000.00] for life, payable [monthly], guaranteed for [15 year(s)][ and] [8 month(s)], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]], with the last guaranteed payment on 12/01/2040. Total payments will be at least equal to the Single Premium.]

[**Single Life with Cash Refund** – [$1,000.00] for life, payable [monthly], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]]. If the Payee dies prior to receiving total payments equal to the Single Premium, a guaranteed single payment of the difference will be paid to the Beneficiary.]

[**Temporary Life** – [$1,000.00] paid if living, payable [monthly], beginning on [05/01/2025] for a maximum of [20 year(s)] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]].]

[**Joint Life and Last Survivor** – [$1,000.00] for life, payable [monthly], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]]. Payable jointly to [Jane Smith] and [Peter Smith]. Payments continue at [100%] to the survivor.]

[**Joint Life and Last Survivor with Period Certain** – [$1,000.00] for life, payable [monthly], guaranteed for [20 year(s)], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]]. Payable jointly to [Jane Smith] and [Peter Smith], with the last guaranteed payment on [04/01/2045]. Payments continue at [100%] to the survivor.]

[**Joint Life and Last Survivor with Installment Refund** – [$1,000.00] for life, payable [monthly], guaranteed for [16 year(s)][ and] [5 month(s)], beginning on [05/01/2025] [, increasing at a rate of [3.00%] [as simple annual increases with no compounding] [compounded annually]]. Payable jointly to [Jane Smith] and [Peter Smith], with the last guaranteed payment on [09/01/2041]. Payments continue at [100%] to the survivor. Total payments will be at least equal to the Single Premium.]

SPECIMEN

## II. DEFINITIONS

**Administrative Office**
Our Administrative Office is shown on the front of this contract. We may change our Administrative Office by notifying the Owner in writing.

**Annuitant, Joint Annuitant**
The Annuitant is the natural person named on the Contract Schedule whose life determines the annuity payments. A Joint Annuitant is a second natural person named on the Contract Schedule whose life also determines the annuity payments. Unless the context clearly indicates otherwise, if a Joint Annuitant is named, all references to Annuitant shall mean both the Annuitant and the Joint Annuitant.

**Annuity Date**
The Annuity Date is the date on which annuity payments will begin. The Annuity Date is shown on the Schedule of Payments section.

**Annuity Payment Option**
The Annuity Payment Option is the method of annuity payments elected by the Owner as described in the Schedule of Payments section.

SPECIMEN

**Beneficiary**
Refers to the estate, trust or natural person(s) who is designated by the Owner to receive any remaining payments upon the death of the Payee and is shown on the Contract Schedule.

**Date of Issue**
Date of Issue refers to the date the contract is issued as shown on the Contract Schedule.

**Guaranteed Period**
The Guaranteed Period, if provided in the Annuity Payment Option, is the period when annuity payments are guaranteed to be paid, regardless of the life of the Annuitant or Joint Annuitant. If applicable, the Guaranteed Period is shown in the Schedule of Payments section.

**Owner**
Owner refers to the assignment company or other owner specified, as shown on the Contract Schedule.

**Payee, Joint Payee**
Refers to the person(s), shown on the Contract Schedule, who is designated by the Owner to receive annuity payments in accordance with the Schedule of Payments.

**Single Premium**
The Single Premium is the amount we receive for the contract, as shown on the Contract Schedule. No premium will be accepted after the Date of Issue.

**The Company**
The Company and “we”, “us” or “our” refer to Athene Annuity and Life Company.

## III. GENERAL PROVISIONS

**Annuity Payments**
All payments provided for in this contract are due to the Payee(s) or the Beneficiary, upon the death of the Payee(s). The initial annuity payment amount and frequency of annuity payments are shown on the Contract Schedule. This does not provide the Payee(s), Annuitant or any Beneficiary with any rights of ownership or control in the contract, any rights in the annuity payments under the contract until they are sent, or any rights against us. Payments may be subject to applicable taxes.

**Cash Value**
This contract does not have cash or surrender values.

**Change of Beneficiary**
The Owner may make a change of Beneficiary provided that the Owner reserved the right, by filing an acceptable written notice of change with us. The change will not take effect until it is recorded by us at our Administrative Office. When recorded, the change will take effect on the date the notice was signed.

**Contract**
This contract is issued in considerati n of the payment of the Single Premium. The entire contract consists of this document and any attached endorsements, amendments, and applications. We will not use any statement made to void this contract or to defend a claim under it unless that statement is in the attached application. All statements in any application will, in the absence of fraud, be deemed representations and not warranties. No person, except our President or Secretary, has the power on our behalf to make or modify this contract.

**Death of the Payee**
If the Payee dies, any remaining payments, if applicable will be made to the Beneficiary in accordance with the Schedule of Payments specified in this contract.

**Proof of Living**
We may require proof that the Annuitant, or any Payee is living on the date on which any annuity payment is to be made under this Contract. If proof is requested, no payment will be made until the proof has been received and accepted by us.

In the event any of the annuity payments are contingent upon the life of the Annuitant or any Payee, and the Annuitant or a Payee dies, the estate of the Annuitant/Payee (or a representative of the estate) shall immediately notify the Owner and us of the death. Any life-contingent payments paid after the death of the Annuitant and/or Payee shall be recoverable as set forth herein.

**Overpayments of Annuity Payments**
The amount of any overpayment made by us will be automatically charged against annuity payments falling due in the future, with interest allowable by applicable law. If no annuity payments are due after the overpayment(s) is made, We shall have all rights to pursue recovery from the recipient(s) of the overpayment.

**Incontestability**
This contract will not be contested after one year from the Date of Issue.

SPECIMEN

**Misstatement of Age or Gender**
If the age or gender of an Annuitant has been misstated, we will adjust the annuity payments to be the amount that the Single Premium paid would have purchased if the correct age and gender had been stated. Age will be calculated as the age at the last birthday of the Annuitant. Any underpayments made by us due to a misstatement will be paid as soon as practicable in one sum with compounded interest, and subsequent annuity payments and benefits, if applicable, will reflect the correct age and gender. Any overpayments made by us due to a misstatement will be charged against the next succeeding annuity payment or payments with compounded interest, and subsequent annuity payments and benefits, if applicable, will reflect the correct age and gender. Interest under this provision will be calculated based on the Misstatement Interest Rate shown on the Contract Schedule.

**Non-Assignability; Claims of Creditors**
This contract and the annuity payments provided under this contract are non-assignable and will be exempt from the claims of any creditor of the Owner, Payee, or Beneficiary to the maximum extent permitted by law.

No Payee or Beneficiary has the power to assign any annuity payments provided under this contract, and the annuity payments under this contract otherwise may not be accelerated, assigned, deferred, increased, or decreased.

**Non-Participating**
This contract is non-participating. No dividend will be paid.

**Notices**
All notices to us must be in a written form acceptable to us and filed at our Administrative Office. All correspondence should be sent to our Adm nistrative Office.

**Ownership**
This contract belongs to the Owner as specified in the Definitions. During the payment period, the rights and privileges may be exercised by the Owner. Consistent wit the terms of any assignment, the Owner (and only the Owner) may, during the payment period:

(1) Designate payments to be made directly to the Payee(s) (or Beneficiary);
(2) Amend or modify this contract with our consent; and
(3) Exercise any right, receive any benefit, or enjoy any privilege in this contract.

We reserve the right to require this contract for endorsement of any assignment, change of beneficiary designation, amendment or modification.

**Premium Payment**
This contract is issued in consideration of the Single Premium payment received by the Company. No additional premiums will be accepted after the Date of Issue.

**Transfer of Ownership**
No transfer of ownership allowed after contract issuance.

SPECIMEN

# IV. TERMINATION

The contract will terminate on the date on which all amounts are paid as required by the contract.

SPECIMEN

**Structured Settlement Annuity Contract**
Periodic income commences on the Annuity Date in accordance with the Annuity Payment Option elected.

ATHENE

SPECIMEN

**Administrative Office:**
Mail Processing Center
P.O. Box 1555
Des Moines IA 50306-1555
(888) 266-8489

**Home Office:**
7700 Mills Civic Pkwy
West Des Moines, IA 50266-3862
(888) 266-8489

# ANNUITANT DEATH COMMUTATION ENDORSEMENT

SPECIMEN

## Part of the Contract

This endorsement is part of the contract to which it is attached. Any capitalized terms not defined in this endorsement are defined in the contract. To the extent there are any conflicts between the endorsement and the contract, this endorsement will control. The effective date of this endorsement is the Date of Issue of the contract.

## Annuitant Death Commutation

Upon receipt of due proof of death of the Annuitant, we may pay the Beneficiary a lump sum. The lump sum will be equal to the Commuted Benefit Percentage of the Commuted Value of the guaranteed future payments payable under this contract as of the Calculation Date.

Each future payment will also be reduced by the Commuted Benefit Percentage. If the Commuted Benefit Percentage is 100%, then no guaranteed payments will be due after the lump sum is paid.

Commuted Benefit Percentage is the percentage of each guaranteed future payment to be commuted upon death of the Annuitant: [100]%

The Commuted Value is calculated by multiplying a Commutation Discount Factor of [95]% by the present value of unpaid guaranteed payments based on the discount rate curve. The discount rate curve is defined as **a)** or, in the case that a) is unavailable, **b)**, where:

a) is the discount rate curve used to price similar structured settlement contracts at the time of the Calculation Date; and
b) is [2.00]% plus the 10 Year US Treasury Bond Rate published on Bloomberg, or its successor thereto, as of 16:00 Eastern Standard Time on the Calculation Date. If unavailable on that day, the next day such rate is available will apply.

Any payments paid before the Calculation Date will not be included in the Commuted Value. A payment is considered paid if the check for the payment has been cashed or the payment has been deposited by electronic funds transfer into the relevant bank account, if applicable. We take no responsibility for returning any payments paid after the Annuitant's death but before the Calculation Date. The Calculation Date will be on or before the [20th] calendar day after receipt of due proof of death. This endorsement and all provisions of the contract related to the Commuted Benefit Percentage of guaranteed payments will expire effective as of the payment of the Annuitant Death Commutation lump sum described herein. For the avoidance of doubt, any provisions of the contract related to non-commuted payments will continue to be in effect.



Blaine T. Doerrfeld
Secretary

# INTERNAL REVENUE CODE SECTION 72(s) ENDORSEMENT

**Part of the Contract**

This endorsement is part of the contract to which it is attached. Any capitalized terms not defined in this endorsement are defined in the contract. To the extent there are any conflicts between the endorsement and the contract, this endorsement will control. The effective date of this endorsement is the Date of Issue of the contract.

**Internal Revenue Code Section 72(s)**

The contract is intended to satisfy Section 72(s) of the Internal Revenue Code of 1986, as amended (the “Code”). The following is a statement of Section 72(s) of the Code as it relates to the contract:

**(1)** In General. The contract, in order to be treated as an annuity contract for purposes of the Code, shall provide that:

**(A)** if the Annuitant dies on or after the annuity starting date and before the entire interest in the contract has been distributed, the remaining portion of such interest will be distributed at least as rapidly as under the method of distributions being used as of the date of his death, and

**(B)** if the Annuitant dies before the annuity starting date, the entire interest in the contract will be distributed within 5 years after the death of such Annuitant.

**(2)** Exception for Certain Amounts Payable Over Life of Beneficiary. If:

**(A)** any portion of the Annuitant’s interest is payable to (or for the benefit of) a designated beneficiary,

**(B)** such portion will be distributed (in accordance with applicable IRS regulations) over the life of such designated beneficiary (or over a period not extending beyond the life expectancy of such beneficiary), and

**(C)** such distributions begin not later than 1 year after the date of the Annuitant’s death or such later date as the Secretary of the U.S. Treasury may by regulations prescribe,

then for purposes of paragraph (1), the portion referred to in subparagraph (A) shall be treated as distributed on the day on which such distributions begin.

**(3)** Special Rule Where Surviving Spouse is Beneficiary. If the designated beneficiary referred to in paragraph (2)(A) is the surviving spouse of the Annuitant, paragraphs (1) and (2) shall be applied by treating such spouse as the Annuitant.

**(4)** Designated Beneficiary. This means any individual designated as the Beneficiary under the contract.

SPECIMEN

The provisions of the contract are to be interpreted to ensure or maintain the qualification of the contract as an annuity contract under the Code, notwithstanding any other provision to the contrary. We reserve the right to amend the contract to reflect any clarifications that may be needed or are appropriate to maintain such qualification or to conform the contract to any applicable changes in the tax qualification requirements.

Blaine T. Doerrfeld
Secretary

# EXHIBIT F

BEST'S CREDIT REPORT

**Best's Credit Rating Effective Date**
June 20, 2024

**Analytical Contacts**

Louis Silvers
Senior Financial Analyst
Louis.Silvers@ambest.com
+1(908) 439-2200 Ext. 5802

Michael Porcelli
Senior Director
Michael.Porcelli@ambest.com
+1(908) 439-2200 Ext. 5548

**Information**

Best's Credit Rating Methodology

Guide to Best's Credit Ratings

Market Segment Outlooks

**Financial Data Presented**

The financial data in this report reflects the most current data available to the Analytical Team at the time of the rating. Updates to the financial exhibits in this report are available here: Best's Financial Report.

# Athene Holding Ltd.

**AMB #:** 053043 | **FEIN #:** 98-0630022
**Ultimate Parent:** AMB # 053043 - Athene Holding Ltd.

## Best's Credit Ratings - for the Rating Unit Members

| Financial Strength Rating (FSR) | Issuer Credit Rating (ICR) |
|---|---|
| **A+** | **aa-** |
| **Superior** | **Superior** |
| Outlook: **Stable** | Outlook: **Stable** |
| Action: **Upgraded** | Action: **Upgraded** |

## Assessment Descriptors

| | |
|---|---|
| Balance Sheet Strength | **Very Strong** |
| Operating Performance | **Strong** |
| Business Profile | **Favorable** |
| Enterprise Risk Management | **Appropriate** |

## Rating Unit - Members

**Rating Unit: Athene Holding Ltd. | AMB #: 053043**

| AMB # | Rating Unit Members | AMB # | Rating Unit Members |
|---|---|---|---|
| 006175 | Athene Annuity & Life Assr Co | 043197 | Athene Co-Invest Re Affil 2A |
| 006948 | Athene Annuity & Life Assr NY | 043198 | Athene Co-Invest Re Affil 2B |
| 095893 | Athene Annuity Re Ltd. | 071795 | Athene Co-Invest Re Affil Intl |
| 006199 | Athene Annuity and Life Co | 006467 | Athene Life Ins Co of NY |
| 071720 | Athene Co-Invest Re Affil 1A | 071794 | Athene Life Re Intl Ltd. |
| 071721 | Athene Co-Invest Re Affil 1B | 090645 | Athene Life Re Ltd. |

## Best's Credit Rating - for the Holding Company

**Issuer Credit Rating (ICR)**

| | |
|---|---|
| **a-** | Outlook: **Stable** |
| **Excellent** | Action: **Upgraded** |



Printed for Lucas Wood on August 07, 2024

## Rating Rationale - for the Rating Unit Members

The Issuer Credit Ratings and Financial Strength Ratings of the member operating companies of the rating unit are determined in accordance with Best's building block rating methodology as applied to the consolidated group's financial statements, and the supporting analytics and results are described in the following sections of this report.

**Balance Sheet Strength: Very Strong**

- Risk-adjusted capitalization is at the strongest level, as measured by Best's Capital Adequacy Ratio (BCAR).
- Financial flexibility is viewed favorably due to demonstrated access to external capital and liquidity at the operating entities, the holding company, and through strategic capital sidecars: the Athene Co-Invest Reinsurance Affiliate (ACRA) structure.
- Stable liability profile with concentration in retirement products with market value adjustments (MVAs) and surrender or economic protections.
- The investment portfolio has elevated allocations to less liquid structured securities and alternative assets.
- The concentration of reserves in interest-sensitive products is somewhat offset by the comprehensive hedging program and strong surrender protection.

**Operating Performance: Strong**

- Strong historical growth in premiums and deposits across its retail, institutional reinsurance, and pension group annuities markets.
- Active management of crediting rates and a comprehensive hedging program have supported stable to modestly declining earning spreads.
- Consistently strong rates of return metrics that are in-line with benchmark averages.

**Business Profile: Favorable**

- Athene is a market leader in its core retail annuities, block reinsurance, funding agreements, and pension group annuities markets.
- The group has increased the diversification of its product offerings, geographic coverage and distribution channels in recent years, most notably adding independent brokers/dealers and banks to offer its retail annuities, as well as entry into Asia (Japan/Singapore) with flow reinsurance partners and block deals.
- The reserve profile is viewed as high risk due to the concentration of liabilities related to interest-sensitive product lines, though the group has taken steps to reduce this risk.

**Enterprise Risk Management: Appropriate**

- AM Best views the group's risk management capabilities as appropriate to support its elevated risk profile.
- The risk profile is elevated by the complexity of the group's organizational structure, interest-sensitive liabilities, and investment portfolio.
- Management has demonstrated its strong capabilities in analyzing and stressing the investment portfolio, managing its hedging program, enhancing its financial flexibility and ensuring sufficient liquidity buffers.

**Outlook**

- The stable outlooks reflect the expectation that the group will continue its long-term trend of maintaining its balance sheet metrics over the intermediate term, supported by risk-adjusted capitalization that is expected to remain at the strongest level, as measured by BCAR, with significant excess capital and liquidity while maintaining strong operating results and a favorable business profile.

**Rating Drivers**

- While unlikely, improvement in Athene's ERM capabilities while limiting risk exposure objectives could result in positive rating actions.
- An increase in asset defaults or devaluations could result in negative rating action.



Printed for Lucas Wood on August 07, 2024

- A trend of negative operating earnings could result in negative rating action.

## Rating Rationale - for the Holding Company

The rating of the holding company is determined by reference to the Issuer Credit Rating (ICR) of the operating insurance company members. It reflects consideration of holding company sources and uses of cash, the competing demands placed upon holding company resources and normal subordination of holding company creditors to claims of the policyholders of the operating insurance companies. In general, therefore, the holding company's Issuer Credit Rating is notched from those assigned to the operating companies of the rating unit.

## Key Financial Indicators

**Best's Capital Adequacy Ratio (BCAR) Scores (%)**

| Confidence Level | 95.0 | 99.0 | 99.5 | 99.6 |
|---|---|---|---|---|
| BCAR Score | 66.0 | 52.0 | 46.0 | 45.0 |

Source: Best's Capital Adequacy Ratio Model - Global

| Key Financial Indicators | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) |
|---|---|---|---|---|---|
| Net Premium Written: | | | | | |
| Life | 12,749,000 | 11,638,000 | 14,262,000 | 5,963,000 | 6,382,000 |
| Composite | 12,749,000 | 11,638,000 | 14,262,000 | 5,963,000 | 6,382,000 |
| Net Income | 4,665,000 | -2,910,000 | 3,859,000 | 1,541,000 | 2,172,000 |
| Total Assets | 300,579,000 | 243,931,000 | 235,149,000 | 202,771,000 | 146,875,000 |
| Total Capital and Surplus | 21,235,000 | 10,549,000 | 22,181,000 | 20,140,000 | 14,141,000 |

Source: BestLink® - Best's Financial Suite

| Key Financial Ratios (%) | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) | Weighted 5 Year Average |
|---|---|---|---|---|---|---|
| Profitability: | | | | | | |
| Net Income Return on Revenue | 16.6 | -38.0 | 14.7 | 10.4 | 13.4 | 10.0 |
| Net Income Return on Capital and Surplus | 29.4 | -17.8 | 18.2 | 9.0 | 19.4 | 10.6 |
| Balance on Life Technical Account | 4,000,000 | -5,634,000 | 4,114,000 | 2,170,000 | 2,265,000 | ... |
| Net Investment Yield | 5.4 | 4.5 | 4.9 | 4.1 | 4.8 | 4.3 |
| Leverage: | | | | | | |
| Net Premium Written to Capital and Surplus | 60.0 | 110.3 | 64.3 | 29.6 | 45.1 | ... |

Source: BestLink® - Best's Financial Suite

## Credit Analysis

### Balance Sheet Strength

AM Best notes that Athene Group strategic utilization of onshore and offshore insurers and reinsurers materially under reports the balance sheet and operating performance in the statutory financials. Additionally, reinsurance transactions between affiliates can cause large volatility in the group's statutory results.

#### Capitalization

Athene's risk-adjusted capitalization has ranged in the very strong to strongest category, in support of its insurance and investment risk profile. Absolute capital levels have generally reported favorable growth through sustained operating earnings; however, the fair value accounting of the investment portfolio can cause material volatility in equity due to changes in the unrealized gain/loss positions.

AM Best notes that the establishment of the ACRA structure in 2019 provides Athene a source of on-demand capital to support inorganic and organic growth.

## Balance Sheet Strength (Continued...)

As of fourth quarter 2023, the company had $8.0 billion of deployable capital, including $1.6 billion of available undrawn capital at ACRA.

| Capital Generation Analysis | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) |
|---|---|---|---|---|---|
| Beginning Capital and Surplus | 10,549,000 | 22,546,000 | 20,140,000 | 14,141,000 | 8,276,000 |
| Net Income after Non-Controlling Interests | 4,665,000 | -2,910,000 | 3,859,000 | 1,541,000 | 2,172,000 |
| Unrealized Capital Gains (Losses) | 3,809,000 | -12,852,000 | -1,541,000 | 1,696,000 | 2,787,000 |
| Currency Exchange Gains (Losses) | 23,000 | -10,000 | ... | ... | ... |
| Change in Paid-In Capital | 1,380,000 | -2,151,000 | 54,000 | 2,442,000 | 709,000 |
| Stockholder Dividends | 1,118,000 | 704,000 | 891,000 | 95,000 | 36,000 |
| Other Changes in Capital and Surplus | 1,927,000 | 6,630,000 | 560,000 | 415,000 | 233,000 |
| Net Change in Capital and Surplus | 10,686,000 | -11,997,000 | 2,041,000 | 5,999,000 | 5,865,000 |
| Ending Capital and Surplus | 21,235,000 | 10,549,000 | 22,181,000 | 20,140,000 | 14,141,000 |
| Net Change in Capital and Surplus (%) | 101.3 | -53.2 | 10.1 | 42.4 | 70.9 |

Source: BestLink® - Best's Financial Suite

| Liquidity Analysis | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) |
|---|---|---|---|---|---|
| Net Operating Cash Flow | 4,983,000 | 6,258,000 | 10,292,000 | 4,154,000 | 2,656,000 |
| Liquid Assets to Total Liabilities (%) | 55.2 | 50.3 | 53.5 | 51.6 | 59.5 |

Source: BestLink® - Best's Financial Suite

### Asset Liability Management - Investments

Athene employs a differentiated investment strategy in targeting higher yields through complexity and liquidity premiums. AM Best notes that Athene's portfolio requires higher levels of investment expertise and modeling capabilities to support duration and cashflow matching, as well as increased financial flexibility to support cashflow needs in the event of market stress.

The long-term bond portfolio is mainly in public and private corporate obligations, which are well diversified across sector and are viewed as higher credit quality. However, the company maintains elevated allocations to structured securities including ABS, CLO's, RMBS, and CMBS relative to industry averages. Athene opportunistically invests in 1st lien and subordinated commercial mortgage loans. The portfolio is well diversified by property type and geographic region, and maintains favorable loan to value and debt service coverage metrics.

Alternative asset classes comprise a significant portion of equity compared to the industry and are considered less liquid than other investment classes in the company's portfolio. The company primarily focuses on income-like securities and funds that offer more predictable cashflows. The alternative portfolio also includes ownership interests in companies that originate direct mortgages and structured securities.

The company uses derivatives to assist in the broad goals of interest rate risk management, asset-liability matching, and yield enhancement for specific product strategies. Counterparty risk is diversified, minimized due to robust collateral management and integrated with other exposures. A considerable portion of derivative instruments is used to hedge the equity return component of the company's indexed products. The options provide returns that closely match the equity component paid on its fixed indexed annuity products. Other components include FX derivatives on foreign denominated business and hedging fixed liabilities to float to help manage the net floating rate position.

## Balance Sheet Strength (Continued...)

| Composition of Cash and Invested Assets | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) |
|---|---|---|---|---|---|
| Total Cash and Invested Assets | 243,326,000 | 178,228,000 | 166,828,000 | 129,221,000 | 106,791,000 |
| Composition Percentages (%): | | | | | |
| Unaffiliated: | | | | | |
| Cash and Short Term Investments | 6.3 | 6.1 | 6.3 | 6.7 | 4.9 |
| Bonds | 56.5 | 59.0 | 61.3 | 65.7 | 68.8 |
| Stocks | 0.5 | 0.8 | 0.7 | 0.4 | 0.2 |
| Real Estate, Mortgages and Loans | 19.0 | 16.6 | 13.7 | 12.1 | 13.8 |
| Other Invested Assets | 2.9 | 3.7 | 4.4 | 3.8 | 3.6 |
| Total Unaffiliated Cash and Invested Assets | 85.3 | 86.2 | 86.4 | 88.7 | 91.2 |
| Investments in Affiliates | 14.7 | 13.8 | 13.6 | 11.3 | 8.8 |
| Total Cash and Invested Assets | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

Source: BestLink® - Best's Financial Suite

### Holding Company Assessment

Apollo Global Management, Inc (Apollo) acquired Athene Holding in an all-stock deal that valued Athene at about $13.1 billion. The deal closed in January 2022.

In addition to accessing public debt and equity markets, the company maintains a $1.25 billion revolving credit facility (with an accordion feature with potential increases up to $1.75 billion) and a $2.6 billion revolving liquidity facility (with an accordion feature with potential increases up to $3.1 billion) for liquidity support.

Financial leverage metrics are viewed as moderate with strong interest coverage ratios, which are supportive of the current ratings.

| Financial Leverage Summary - Holding Company 053043 Athene Holding Ltd. | |
|---|---|
| Financial Leverage Ratio (%) | 21.90 |
| Adjusted Financial Leverage Ratio (%) | 17.60 |
| Interest Coverage (x) | 13.80 |

| Holding Company Analytics | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) |
|---|---|---|---|---|---|
| Debt to Capital and Surplus (%) | 19.8 | 34.7 | 13.4 | 9.8 | 10.4 |
| Liquid Assets to Total Liabilities (%) | 55.2 | 50.3 | 53.5 | 51.6 | 59.5 |

Source: BestLink® - Best's Financial Suite

### Corporate Overview

Athene Holding was incorporated under the laws of Bermuda on September 3, 2008, and completed an initial public offering in December 2016. On January 1, 2022, Athene completed the previously announced merger transaction pursuant to the Agreement and Plan of Merger, dated as of March 8, 2021, among Athene Holding, Apollo, Apollo Asset Management, Inc., Blue Merger Sub, Ltd. and Green Merger Sub, Inc. As a result of the merger transaction, Athene Holding became a subsidiary of Apollo. On December 31, 2023, Athene Holding completed the redomestication of its jurisdiction of organization from Bermuda to the State of Delaware, thereby discontinuing its existence as a Bermuda exempted company and continuing its existence as a corporation organized in the State of Delaware. Through its insurance subsidiaries, Athene is a leading provider of fixed annuities through retail markets, institutional reinsurance, and pension group annuities solutions.

Athene Holding's principal subsidiaries include: Athene Annuity and Life Company (AAIA), an Iowa-domiciled company, formerly known as Aviva Life and Annuity Company, markets traditional fixed and fixed indexed annuity products, provides funding agreements supporting a funding agreement backed note program and engages in pension group annuity transactions; Athene Annuity & Life

## Balance Sheet Strength (Continued...)

Assurance Company (AADE), a Delaware-domiciled company, formerly known as Liberty Life Insurance Company, and block assumption reinsurance; Athene Annuity & Life Assurance Company of New York (AANY), a New York-licensed insurance company, formerly known as Presidential Life Insurance Company, writes annuity business; Athene Life Insurance Company of New York (ALICNY), a New York-licensed insurance company, formerly known as Presidential Life Insurance Company, writes annuity business; ALICNY, a New York-licensed insurance company, formerly known as Aviva Life and Annuity Company of New York, which is now essentially a closed-block; ALRe, a Bermuda based company providing reinsurance solutions to third-party annuity providers; and AARe, a Bermuda based reinsurance company for U.S. sourced business.

Athene Co-Invest Reinsurance Affiliates Holding Ltd., and Athene Co-Invest Reinsurance Affiliate 2 Ltd, together with their respective subsidiaries (collectively, ACRA) was initially formed as a wholly owned subsidiary of ALRe with the objective of raising third-party capital for the purpose of pursuing inorganic transactions, pension group annuity transactions, certain flow reinsurance transactions, and recently retail sales. ACRA operates like a sidecar for Athene, providing access to on-demand third-party equity capital to support new business growth.

## Operating Performance

Athene's consolidated operating results have shown consistently strong growth in deposits, benefiting from the company's ability to quickly adapt to changing economic markets and solid reputation in the reinsurance and pension group annuity (PGA) markets. In 2018, the company completed two large FIA block reinsurance deals and several fixed rate flow reinsurance deals resulting in net deposits of $40.1 billion. In 2019 deposits grew, benefiting from expansion into independent broker/dealers and banks in the retail segment, as well as the closing of several PGA deals under ACRA. In 2020, the company completed a $29 billion fixed annuity reinsurance agreement with Jackson National and expanded its flow reinsurance into the Japanese Market.

Organic growth (premiums and deposits) continued to be strong in 2021-2023, totaling $37 billion in 2021, $48 billion in 2022 and $63 billion in 2023. In 2021, the company had a record amount of funding agreements and announced two large pension group annuity transactions with Lockheed Martin for $4.9 billion and JC Penny with 30,000 participants. PGA volumes remained high in 2022 ($11.2 billion) and 2023 ($10.4 billion, including a $7.6 billion deal).

The company's operating earnings are driven by the spread margin between its investment yields and cost of funds to policy holders. AM Best expects the company to continue to report favorable operating profitability due to its strong investment management capability and active management of policy crediting rates. However, AM Best notes the company's reported GAAP net income also includes the fair value mark to market of a portion of its investment portfolio, which can cause notable volatility. Spread related earnings was $2.466 billion in 2022 and $3.107 billion in 2023. GAAP income was $5.8 billion in 2023 ($5.0 billion loss in 2022 driven by unrealized losses).

| Financial Performance Summary | 2023 USD (000) | 2022 USD (000) | 2021 USD (000) | 2020 USD (000) | 2019 USD (000) |
|---|---|---|---|---|---|
| Pre-Tax Income | 4,591,000 | -5,662,000 | 4,186,000 | 2,206,000 | 2,302,000 |
| Net Income (after Non-Controlling Interests) | 4,665,000 | -2,910,000 | 3,859,000 | 1,541,000 | 2,172,000 |

Source: BestLink® - Best's Financial Suite

| Operating and Performance Ratios (%) | 2023 | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|---|
| Overall Performance: | | | | | |
| Return on Assets | 1.7 | -1.2 | 1.8 | 0.9 | 1.6 |
| Return on Capital and Surplus | 29.4 | -17.8 | 18.2 | 9.0 | 19.4 |

Source: BestLink® - Best's Financial Suite

## Business Profile

The Athene Group is a leading provider of retail annuities, institutional reinsurance, and pension group annuity solutions. Initially, the company's growth strategy was through acquisitions, reinsurance, and retail sales through independent marketing organizations (IMOs). In recent years, the company has expanded its retail distribution to include independent broker/dealers and banks and entered into the U.S. pension group annuity market. Additionally, the company issues funding agreements on an opportunistic basis through its funding agreement backed notes (FABNs) program.

**Business Profile (Continued...)**

Athene's retail segment focuses on fixed indexed annuities (FIA), including guaranteed income and participatory riders, but also offers registered indexed-linked annuities (also known as buffered annuities) and multi-year guaranteed annuities (MYGA). The company has been one of the top producers of annuities over the last several years. Athene's institutional reinsurance includes large block transactions and flow reinsurance. Due to the limited counterparties, deal complexity, and high capital requirements, the execution of large reinsurance transactions are somewhat infrequent and highly dependent on favorable economic conditions. In 2020, the company completed a $29 billion fixed annuity reinsurance agreement with Jackson National and expanded its flow reinsurance into the Japanese Market. In 2023, Athene had gross organic inflows of approximately $63B and is a market leader in their organic channels.

The composition of the Athene Group represents a number of historical acquisitions, including Aviva Life and Annuity Company and Aviva Life and Annuity Company of New York, Liberty Life Insurance Company, and Presidential Life Insurance Company, all of which have been renamed under the Athene Holding brand. The company has also established Bermuda domiciled reinsurers, Athene Life Re Ltd. and Athene Annuity Re Ltd. to provide additional reinsurance solutions to on-shore and off-shore companies. The company established the ACRA structure in 2019 for the purpose of pursing inorganic and organic growth. Athene maintains 100% voting control and partial economic ownership of ACRA, with the remaining held by investors sourced through Apollo. The structure allows Athene the option to recapture the business after ten years.

AM Best notes that the expansion into new markets and distribution channels has fueled strong growth trends and has allowed the company to be opportunistic in sourcing new business based on economic conditions. However, the underlying product risks are similar with profitability based on investment spreads, limiting the overall diversification of the business profile.

**Enterprise Risk Management**

The company's ERM processes are embedded throughout the organization and are supportive of the elevated risk profile of the company. AM Best views Athene's risk profile as high due to the complexity of its organizational structure, interest sensitivity reserve profile, and investment risk tolerance. The company's utilization of on-shore and offshore entities and the establishment of the ACRA structure increase operational and regulatory risks. The interest sensitivity of the liabilities and exposure to guaranteed benefits, along with the high allocations to more esoteric investments require additional levels of expertise, analytical capabilities, and stress testing.

Athene has demonstrated strong capabilities in analyzing its balance sheet through comprehensive security modeling, stress testing, and hedging. The ERM program is led by the chief risk officer and a dedicated risk management team, which reports to the chair of the Board of Director's Risk Committee. The company's key risk areas are interest rate, credit, inflation, and equity risk. Quantified risk is measured by the company through a spectrum of stressed scenarios with a focus on maintaining established minimum levels of risk based capital. Other risks such as operational, currency, policyholder behavior, mortality, and longevity are also part of the company's risk profile and are managed through a very prescriptive set of risk limits and guidelines for each of the identifiable risk attributes.

Interest rate risk is also mitigated as its annuity products are offered with surrender charge protection and market value adjustment (MVA) features. Management closely monitors these securities and actively manages asset and liability durations and cash flow providing detailed information on profitability, portfolio performance, and disintermediation risk. Additionally, the company uses derivatives to manage the equity exposure of its indexed annuities and guaranteed benefits.

**Environmental, Social & Governance**

Athene has worked to enhance their company and commitment to ESG. This includes an annual corporate social responsibility report (post-merger in conjunction with Apollo) and integration of corporate social responsibility practices into its management structure as well as a cross-functional CSR committee that reports to the board. Athene also uses a diversity, equity and inclusion council and ten employee resource groups to maintain their commitment to a stronger workplace. The importance they place on this work is reflected in its environmental, social and governance efforts which amplify Athene's culture.

BEST'S CREDIT REPORT

AMB #: 053043 - Athene Holding Ltd.

## Financial Statements

| Balance Sheet | 12/31/2023 USD (000) | % | 12/31/2022 USD (000) |
|---|---|---|---|
| Cash and Short Term Investments | 15,220,000 | 5.1 | 10,929,000 |
| Bonds | 137,536,000 | 45.8 | 105,062,000 |
| Equity Securities | 1,293,000 | 0.4 | 1,487,000 |
| Other Invested Assets | 89,277,000 | 29.7 | 60,750,000 |
| Total Cash and Invested Assets | 243,326,000 | 81.0 | 178,228,000 |
| Reinsurers' Share of Reserves | 4,154,000 | 1.4 | 4,358,000 |
| Debtors / Amounts Receivable | ... | ... | 272,000 |
| Other Assets | 53,099,000 | 17.7 | 61,073,000 |
| **Total Assets** | 300,579,000 | 100.0 | 243,931,000 |
| Gross Technical Reserves: | | | |
| Life Reserves | 261,708,000 | 87.1 | 218,696,000 |
| Total Gross Technical Reserves | 261,708,000 | 87.1 | 218,696,000 |
| Debt / Borrowings | 4,209,000 | 1.4 | 3,658,000 |
| Other Liabilities | 13,427,000 | 4.5 | 11,028,000 |
| **Total Liabilities** | 279,344,000 | 92.9 | 233,382,000 |
| Paid-in Capital | 19,499,000 | 6.5 | 18,119,000 |
| Retained Earnings | -92,000 | -0.0 | -3,640,000 |
| Other Capital and Surplus | 1,828,000 | 0.6 | -3,930,000 |
| **Total Capital and Surplus** | 21,235,000 | 7.1 | 10,549,000 |
| **Total Liabilities, Mezzanine Items and Surplus** | 300,579,000 | 100.0 | 243,931,000 |

Source: BestLink® - Best's Financial Suite

| Income Statement | Non-Life USD (000) | Life USD (000) | Other USD (000) | 12/31/2023 Total USD (000) | 12/31/2022 Total USD (000) |
|---|---|---|---|---|---|
| Gross premiums written | ... | 12,838,000 | ... | 12,838,000 | 11,750,000 |
| Net Premiums Earned | ... | 12,749,000 | ... | 12,749,000 | 11,638,000 |
| Net Investment Income | ... | 11,387,000 | ... | 11,387,000 | 7,682,000 |
| Net realized gains/(losses) | ... | 2,619,000 | ... | 2,619,000 | -12,387,000 |
| Other income | ... | 848,000 | 591,000 | 1,439,000 | 718,000 |
| Total Revenue | ... | 27,603,000 | 591,000 | 28,194,000 | 7,651,000 |
| Losses and Benefits | ... | 21,067,000 | ... | 21,067,000 | 11,346,000 |
| Net Operating Expense | ... | 2,536,000 | ... | 2,536,000 | 1,967,000 |
| Total Losses, Benefits, and Expenses | ... | 23,603,000 | ... | 23,603,000 | 13,313,000 |
| **Earnings before interest & taxes (EBIT)** | ... | 4,000,000 | 591,000 | 4,591,000 | -5,662,000 |
| **Income Taxes Incurred** | ... | ... | ... | -1,161,000 | -646,000 |
| Net income before Non-Controlling interests | ... | ... | ... | 5,752,000 | -5,016,000 |
| Non-Controlling interests | ... | ... | ... | -1,087,000 | 2,106,000 |
| Net income/(loss) from continuing operations | ... | ... | ... | 4,665,000 | -2,910,000 |
| **Net Income** | ... | ... | ... | 4,665,000 | -2,910,000 |

Source: BestLink® - Best's Financial Suite

| Statement of Cash Flows | 12/31/2023 USD (000) | 12/31/2022 USD (000) |
|---|---|---|
| Net cash provided/(used) in Operating Activities | 4,983,000 | 6,258,000 |
| Net cash provided/(used) in Investing Activities | -43,650,000 | -34,375,000 |
| Net cash provided/(used) in Financing Activities | 44,767,000 | 26,472,000 |
| Effect of Exchange Rates/Discontinued Operations on Cash | 10,000 | -15,000 |
| Total increase (decrease) in cash | 6,110,000 | -1,660,000 |
| Cash, beginning balance | 8,769,000 | 10,429,000 |
| Cash, ending balance | 14,879,000 | 8,769,000 |

Source: BestLink® - Best's Financial Suite

## Related Methodology and Criteria

Best's Credit Rating Methodology, 01/18/2024

Available Capital and Insurance Holding Company Analysis, 01/18/2024

Scoring and Assessing Innovation, 02/27/2023

Understanding Global BCAR, 03/07/2024

## Additional Rating Types

AM Best assigns Best's Issue Credit Ratings. Refer to the profile page to view current Issue Ratings for Athene Holding Ltd. (AMB#053043)

A Best's Financial Strength Rating opinion addresses the relative ability of an insurer to meet its ongoing insurance obligations. The ratings are not assigned to specific insurance policies or contracts and do not address any other risk, including, but not limited to, an insurer's claims-payment policies or procedures; the ability of the insurer to dispute or deny claims payment on grounds of misrepresentation or fraud; or any specific liability contractually borne by the policy or contract holder. A Financial Strength Rating is not a recommendation to purchase, hold or terminate any insurance policy, contract or any other financial obligation issued by an insurer, nor does it address the suitability of any particular policy or contract for a specific purpose or purchaser.

A Best's Issue/Issuer Credit Rating is an opinion regarding the relative future credit risk of an entity, a credit commitment or a debt or debt-like security.

Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. These credit ratings do not address any other risk, including but not limited to liquidity risk, market value risk or price volatility of rated securities. The rating is not a recommendation to buy, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor does it address the suitability of any particular financial obligation for a specific purpose or purchaser.

In arriving at a rating decision, AM Best relies on third-party audited financial data and/or other information provided to it. While this information is believed to be reliable, AM Best does not independently verify the accuracy or reliability of the information. Any and all ratings, opinions and information contained herein are provided "as is," without any express or implied warranty.

Visit https://www.ambest.com/ratings/index.html for additional information or https://www.ambest.com/terms.html for details on the Terms of Use.

**Copyright © 2024 A.M. Best Company, Inc. and/or its affiliates. All rights reserved** No portion of the content may be reproduced, distributed, or stored in a database or retrieval system, or transmitted, or uploaded into any external applications, bots or websites, including those using artificial intelligence technologies such as large language models and generative Artificial Intelligence in any form or by any means without the prior written permission of AM Best. AM Best does not warrant the accuracy, completeness, or timeliness of the AM Best content. While the content was obtained from sources believed to be reliable, its accuracy is not guaranteed. You specifically acknowledge that neither AM Best nor the content gives any investment, financial, tax, insurance, or legal advice. You are solely responsible for seeking competent professional advice before making any investment, financial, tax or insurance decision. For additional details, refer to our *Terms of Use* available at the AM BEST website:*www.ambest.com/terms.* All information contained herein was obtained by AM BEST from sources believed by it to be accurate and reliable. Notwithstanding the foregoing, AM BEST does not make any representation or warranty, expressed or implied, as to the accuracy or completeness of the information contained herein, and all such information is provided on an "as is" and "as available" basis, without any warranties of any kind, either express or implied. Under no circumstances shall AM BEST have any liability to any person or entity for (a) any loss or damage of any kind, in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of AM BEST or any of its directors, officers, employees, or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory, punitive or incidental damages whatsoever (including without limitation, personal injury, pain and suffering, emotional distress, loss of revenue, loss of present or prospective profits, loss of business or anticipated savings, or loss of goodwill) resulting from the use of, or inability to use, any such information, in each case, regardless of (i) whether AM BEST was advised in advance of the possibility of such damages, (ii) whether such damages were foreseeable, and (iii) the legal or equitable theory (contract, tort or otherwise) upon which the claim is based. The credit ratings, performance assessments, financial reporting analysis, projections, and any other observation, position or conclusion constituting part of the information contained herein are, and shall be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities, insurance policies, contracts or any other financial obligations, nor do they individually or collectively address the suitability of any particular financial obligation for a specific purpose or purchaser. Credit risk is the risk that an entity may not meet its contractual, financial obligations as they come due. Service performance risk is the risk that an entity may not meet its contractual service performance obligations on behalf of its insurance partners. Consequently, neither credit ratings nor performance assessments address any other risk, including but not limited to, liquidity risk, market value risk or price volatility of rated securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR ASSESSMENT OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY AM BEST IN ANY FORM OR MANNER WHATSOEVER. Each credit rating, performance assessment or other opinion must be weighed solely as one factor in any investment or purchasing decision made by or on behalf of any user of the information contained herein. Each such user will, with due care, make its own study and evaluation of each security or other financial obligation, and of each issuer and guarantor of, and each provider of credit support, and an independent view of service provider performance for, each security or other financial obligation that it may consider purchasing, holding, or selling or for each service contract that it may consider entering into. For additional detail on credit ratings or performance assessments, and their respective scales, usage, and limitations, refer to the Guide to Best's Credit Ratings (*https://www.ambest.com/ratings/index.html*)
or the Guide to Best's Performance Assessments (*https://www.ambest.com/ratings/assessmentMethodology.html*).

**Reports were prepared exclusively for the use of Lucas Wood. Not for redistribution unless otherwise permitted.**

# EXHIBIT G

# STRUCTURED SETTLEMENT GUARANTEE

This STRUCTURED SETTLEMENT GUARANTEE (this "Guarantee") is made effective as of the 7th day of July 2025 (the "Effective Date"), by and between Athene Holding Ltd., a Delaware corporation ("Guarantor"), and Athene Qualified Assignment Corporation, a Delaware corporation ("Assign Co").

WHEREAS, Assign Co is an indirect wholly-owned subsidiary of Guarantor;

WHEREAS, Assign Co will enter into structured settlement assignment agreements on or after the Effective Date ("Assignment Agreements"), whereby Assign Co assumes the liability from the assignor to make payments to certain payees (each, a "Claimant"), pursuant to Section 130 of the Internal Revenue Code;

WHEREAS, Guarantor has agreed, subject to the terms of this Agreement, to guarantee Assign Co's obligations to make payments to Claimants under the Assignment Agreements; and

WHEREAS, Guarantor and Assign Co desire to enter into this Guarantee to provide support to Assign Co with respect to its obligations to Claimants under the Assignment Agreements.

NOW THEREFORE, in consideration of the agreements and covenants herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto covenant and agree as follows:

1. Guarantor hereby guarantees the payment obligation, when due, of Assign Co to Claimants under the Assignment Agreements.

2. Guarantor agrees that if Assign Co fails to make a payment to a Claimant when due under an Assignment Agreement, Guarantor will make such payment promptly after receipt of a written notice of Assign Co's default.

3. This guarantee does not constitute insurance and is being provided by Guarantor solely in Guarantor's capacity as Assign Co's indirect parent entity and only with respect to Assign Co's obligations under the Assignment Agreements.

4. Other than the applicable Claimant or, if applicable, the designated beneficiary of such Claimant pursuant to the applicable Assignment Agreement, no assignee, transferee, or creditor of Claimant, nor any other person or entity, is entitled to any benefit, claim or any other right by virtue of, arising under, or in any other way related to this Guarantee.

5. Bankruptcy, insolvency, or reorganization of Assign Co will not affect this Guarantee.

6. Guarantor covenants and agrees that this Guarantee constitutes a continuing guarantee, and that it will remain in full force and effect with respect to the obligations of Assign Co to the Claimants, subject to the terms and provisions hereof.

7. Guarantor reserves the right to revoke this Guarantee upon seven (7) calendar days' written notice to Assign Co; provided, however, that any such revocation will not affect Guarantor's guarantee obligations under Assignment Agreements entered into by Assign Co on or after the Effective Date and prior to the effective date of such revocation, that have not been transferred or assigned by the original Claimant to anyone other than the original Claimant's designated beneficiary or estate, and subject to all other terms and provisions hereof.

8. This Guarantee is binding upon the successors of Guarantor and will be governed by and construed in accordance with the laws of the State of Delaware.

[*Signature page follows*]

IN WITNESS WHEREOF, Guarantor has executed this Guarantee as of the Effective Date.

**ATHENE HOLDING LTD.**

Signed by:
Louis-Jacques Tanguy
2AAB31C91C294AB...

**By:** ___________________________________
**Name:**
**Title:**