**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
Renee V. Masongsong (Bar No. 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Fax: (818) 347-4118

**CARRILLO LAW FIRM LLP**
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
Dominique L. Boubion (Bar No. 336915)
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Telephone: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY ORDAZ; D.O. III, a minor, by and through his Guardian Ad Litem, Monica Moreno; E.A.O., a minor, by and through her Guardian Ad Litem, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06062-FMO-E<br><br>*Assigned for All Purposes to: Hon. Judge Fernando M. Olguin*<br><br>**DECLARATION OF JAZMINE LUCILLE MORENO IN SUPPORT OF PETITION TO APPROVE MINORS' COMPROMISE AND SETTLEMENT** |



Doc ID: 8e119368a5aab80547b2d92eef8c4d853128b15b

## DECLARATION OF JAZMINE LUCILLE MORENO

I, JAZMINE LUCILLE MORENO, have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of the petition for minor's compromise on behalf of my minor children Plaintiffs D.O. III and E.A.O.

1. On August 14, 2023, the Carrillo Law Firm, LLP was retained to represent my minor children, Plaintiffs D.O. III and E.A.O., in this case. At the time, the Carrillo Law Firm attorneys thoroughly reviewed the written retainer agreement and its contents with me, including the 40% contingency fee and its advancement of costs that would later be deducted from the amounts recovered. I was also provided with a copy of the signed retainer agreement, which also states in bold, typeface print that if there is no recovery of money damages, there are no attorney's fees and costs owed to attorneys.

2. On October 18, 2023, this Court ordered that my mother, Monica Moreno, be appointed minor Plaintiffs D.O. III and E.A.O.'s Guardian *Ad Litem*.

3. I understand that this entire case settled for the gross amount of $12,500,000, and the gross settlement amount will be distributed as follows:

- EMILY ORDAZ and her attorneys: $2,543,520
- D.O. III and his attorneys: $2,543,520
- E.A.O. and her attorneys: $2,543,520
- DAVID ORDAZ, SR. and his attorneys: $1,043,520
- EDELMIRA RAMIREZ and her attorneys: $1,043,520
- HILDA PEDROZA and her attorneys: $543,520
- GABRIELA HERNANDEZ and her attorneys: $543,520
- LEONEL ORDAZ and his attorneys: $543,520
- ROBERT ORDAZ and his attorneys: $543,520
- JUAN PEDROZA and his attorneys: $543,520
- JAZMINE MORENO and her attorneys: $64,800


Doc ID: 8e119368a5aab80547b2d92eef8c4d853128b15b

4. Although I am not D.O. III and E.A.O.'s Guardian *Ad Litem* for this case, as their mother, I believe the global settlement as well as D.O. III and E.A.O.'s allocated settlement amount is fair and reasonable and it is in D.O. III and E.A.O.'s best interests to use each of their entire net settlement amounts to fund a guaranteed structured settlement annuity.

5. I further understand that Plaintiffs D.O. III and E.A.O.'s counsel, the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, are requesting, for each minor, the attorney fees of 40 percent of the $2,543,520 in gross settlement proceeds that will be distributed to the minors, totaling $2,034,816. The contingency retainer agreements signed by D.O. III and E.A.O.'s Guardian *Ad Litem,* Monica Moreno, and the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, provide for a 40 percent contingency fee.

6. I understand that the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, also seek approval of the litigation costs allocated to Plaintiffs D.O. III and E.A.O., totaling $100,806.26 for both minors. That amount consists of $58,638.30 in costs advanced by the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo and $42,167.96 attributable to costs claimed by the minors' prior counsel, Adamson Ahdoot LLP. I am aware that the total amount of litigation costs for this case was $247,703.63 and of that total, Plaintiff EMILY ORDAZ will be paying $50,403.13, Plaintiffs DAVID ORDAZ, SR. and EDELMIRA RAMIREZ will be paying $20,678.70 each, Plaintiffs LEONEL ORDAZ, ROBERT ORDAZ, HILDA PEDROZA, GABRIELA HERNANDEZ and JUAN PEDROZA, JR. will be paying $10,770.55 each, and I will be paying $1,284.09, which represents the percentage share of costs relative to the percentage of settlement received.

7. I understand and endorse the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo's requested fee of 40 percent for minor Plaintiffs D.O. III and E.A.O. in the total amount of $2,034,816 and costs in the total amount of


Doc ID: 8e119368a5aab80547b2d92eef8c4d853128b15b

$58,638.30, to be paid from the total settlement amount which was thoroughly explained to me at the time the retainer agreements were signed and at the time of settlement.

8. The contingency fee and the $58,638.30 in costs advanced by current counsel are the amounts that the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo would be due under the existing retainer agreements that were signed on behalf of D.O. III and E.A.O. I understand that each minor's $21,083.98 share of the amount claimed by the minors' prior counsel will be held in the Ordaz-Moreno QSF pending resolution of that claim, and that any portion not paid to prior counsel will be deposited into a blocked account for the benefit of that minor.

9. After deducting the agreed-upon contingency attorney's fees and litigation costs, I understand that the net settlement due to each minor Plaintiff, D.O. III and E.A.O., is $1,475,708.87. In addition to the approval of their Guardian *Ad Litem*, I believe that the entire net settlement amount for each minor should be used to fund a guaranteed structured settlement annuity, pursuant to the Terms and Conditions of the Annuities, the following periodic payments will be made:

**Annuity for E.A.O. (purchase price $1,475,708.87):**

<u>Payee: Monica Moreno, for the benefit of E.A.O.</u>

- $1,500.00 payable monthly, guaranteed for 1 year and 4 months, beginning March 1, 2027 (age 16)

<u>Payee: E.A.O.</u>

- $50,000.00 payable annually, guaranteed for 5 years, beginning at age 18
- $3,000.00 payable monthly, guaranteed for 2 years, beginning at age 23
- $5,000.00 payable monthly, guaranteed for 5 years, beginning at age


Doc ID: 8e119368a5aab80547b2d92eef8c4d853128b15b

25

- $7,000.00 payable monthly, guaranteed for 10 years, beginning at age 30
- $50,000.00 guaranteed lump sum, payable at age 22
- $300,000.00 guaranteed lump sum, payable at age 25
- $500,000.00 guaranteed lump sum, payable at age 30
- $500,000.00 guaranteed lump sum, payable at age 35
- $637,258.65 guaranteed lump sum, payable at age 40

**Annuity for D.O. III (purchase price $1,475,708.87):**

<u>Payee: Monica Moreno, for the benefit of D.O. III</u>

- $1,500.00 payable monthly, guaranteed for 3 years and 1 month, beginning March 1, 2027 (age 14)

<u>Payee: D.O. III</u>

- $50,000.00 payable annually, guaranteed for 5 years, beginning at age 18
- $3,000.00 payable monthly, guaranteed for 2 years, beginning at age 23
- $5,000.00 payable monthly, guaranteed for 5 years, beginning at age 25
- $7,000.00 payable monthly, guaranteed for 10 years, beginning at age 30
- $50,000.00 guaranteed lump sum, payable at age 22
- $500,000.00 guaranteed lump sum, payable at age 25
- $500,000.00 guaranteed lump sum, payable at age 30
- $500,000.00 guaranteed lump sum, payable at age 35
- $706,413.56 guaranteed lump sum, payable at age 40

(*See* Exhibit C (E.A.O.) and Exhibit D (D.O. III) attached to the Carrillo Declaration, Terms and Conditions of the Annuities for the minor Plaintiffs,

which are incorporated herein in their entirety by reference.)

10. As the mother of D.O. III and E.A.O., I support the proposed monthly payments of $1,500.00 to my mother, Monica Moreno, for the benefit of each child until they reach the age of majority. My children currently reside with me in Los Angeles County, California, and I provide for their day-to-day care. These payments will help cover my children's housing, food, clothing, schooling, therapy and counseling, and other day-to-day needs as they continue to cope with the loss of their father. I believe these payments are in their best interests.

11. Even though I am not D.O. III and E.A.O.'s Guardian *Ad Litem* for this case, as their mother, I believe that this is in their best interests and I request that the Court approve the purchase of the annuities for the benefit of D.O. III and E.A.O. through Athene Qualified Assignment Corporation, with the annuities to be issued by Athene Annuity and Life Company, at a cost of $1,475,708.87 for each minor.

12. I understand, acknowledge, and agree that, other than the monthly payments of $1,500.00 to be made to my mother, Monica Moreno, for the benefit of each minor until they reach the age of majority, D.O. III and E.A.O. may not obtain funds from the annuities before they reach the age of majority, 18 years old.

13. I understand that I am not entitled to any portion of the minors' settlement funds and that such funds belong completely to the minors D.O. III and E.A.O.

14. I have read the Unopposed Application for Approval of Compromise of the claims of D.O. III and E.A.O. and agree that the foregoing is true and correct and in the best interest of the minors D.O. III and E.A.O.

15. I have no known or foreseeable interests adverse to the interests of D.O. III and E.A.O. I have no claims against the minor Plaintiffs in connection with the subject incident.


Doc ID: 8e119368a5aab80547b2d92eef8c4d853128b15b

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: 10 / 12 / 2026

JAZMINE LUCILLE MORENO


Doc ID: 8e119368a5aab80547b2d92eef8c4d853128b15b