**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
Renee V. Masongsong (Bar No. 281819)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Fax: (818) 347-4118

**CARRILLO LAW FIRM LLP**
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
Dominique L. Boubion (Bar No. 336915)
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Telephone: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMILY ORDAZ; D.O. III, a minor, by and through his Guardian *Ad Litem*, Monica Moreno; E.A.O., a minor, by and through her Guardian *Ad Litem*, Monica Moreno; DAVID ORDAZ, SR.; EDELMIRA RAMIREZ; LEONEL ORDAZ; ROBERT ORDAZ; HILDA PEDROZA; GABRIELA HERNANDEZ; JUAN PEDROZA, JR.

Plaintiffs,

v.

COUNTY OF LOS ANGELES, a public entity, REMIN PINEDA, an individual; EDWIN NAVARRETE, an individual; JAIME ROMERO, an individual; NATHANIEL TRUJILLO; an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 2:21-cv-06062-FMO-E

*Assigned for All Purposes to: Hon. Judge Fernando M. Olguin*

**[~~PROPOSED~~] ORDER APPROVING MINORS' COMPROMISE AND DISBURSEMENT OF SETTLEMENT FUNDS**
GRANTING EX PARTE APPLICATION [166]

**[PROPOSED] ORDER APPROVING PETITION FOR COMPROMISE AND DISBURSEMENT OF SETTLEMENT FUNDS**

Petitioner Monica Moreno is the duly appointed Guardian *Ad Litem* for minor Plaintiffs D.O. III and E.A.O. Petitioner has sought Court approval of the proposed compromise and settlement of the minor Plaintiffs' claims in this action.

On or about July 27, 2021, Plaintiffs commenced this action in the United States District Court for the Central District of California against the County of Los Angeles and the individual Defendants. The nature of the action, the claims asserted, and the damages alleged by Plaintiffs are set forth in the accompanying Petition for Approval of Minors' Compromise and Settlement.

The claims of minor Plaintiffs D.O. III and E.A.O. to be compromised are asserted against Defendant COUNTY OF LOS ANGELES. The Court finds that all notices required by law have been given and that the proposed compromise is fair, reasonable, and in the best interests of the minor Plaintiffs.

**IT IS HEREBY ORDERED THAT:**

1. The Petition **is GRANTED**, and the proposed compromise and settlement of the minor Plaintiffs' claims is **APPROVED**.
2. The gross settlement allocation for each minor Plaintiff, D.O. III and E.A.O., is $2,543,520.
3. From each minor Plaintiff's gross settlement allocation, $1,017,408 shall be deducted for attorney's fees, representing 40 percent of that minor's gross recovery, and $50,403.13 shall be deducted for that minor's allocated share of litigation costs, consisting of $29,319.15 in costs advanced by current counsel and $21,083.98 attributable to costs claimed by prior counsel, Adamson Ahdoot LLP. Accordingly, the total attorney's fees attributable to the two minor Plaintiffs are $2,034,816, and the total litigation costs attributable to the two minor Plaintiffs are $100,806.26.
4. After deduction of the approved attorney's fees and litigation costs, the

net settlement proceeds available to each minor Plaintiff are $1,475,708.87.

5. The entire net settlement amount of $1,475,708.87 for each minor Plaintiff, D.O. III and E.A.O., shall be used to purchase a structured settlement annuity for the benefit of that minor Plaintiff, as set forth in the respective Terms and Conditions of the Annuity attached as Exhibit C (E.A.O.) and Exhibit D (D.O. III) to the Declaration of Michael S. Carrillo, which are approved and incorporated herein by reference.

6. Within 45 days of the date of this Order, Defendant County of Los Angeles shall deliver drafts made out as follows:

    a. A draft made out to "Ordaz-Moreno QSF," the qualified settlement fund administered by Flatirons Bank in the amount of $9,548,582.26, to be used to satisfy the following: (1) $5,000,000 in contingency attorneys' fees, which shall be divided among Plaintiffs' counsel, with any fee owed to prior counsel to be paid therefrom; (2) the net amounts owed to the adult plaintiffs; (3) the advanced litigation costs, subject to paragraph 7 of this Order.

    b. A draft made out to "Athene Qualified Assignment Corporation" in the amount of $1,475,708.87 for D.O. III's net portion of the settlement.

    c. A draft made out to "Athene Qualified Assignment Corporation" in the amount of $1,475,708.87 for E.A.O.'s net portion of the settlement.

7. Of the litigation costs allocated to each minor Plaintiff, $29,319.15 shall be paid from the Ordaz-Moreno QSF to current counsel, the Carrillo Law Firm, LLP and the Law Offices of Dale K. Galipo, in reimbursement of costs advanced. The remaining $21,083.98 allocated to each minor

Plaintiff, totaling $42,167.96, shall be held in the Ordaz-Moreno QSF and shall not be disbursed to prior counsel, Adamson Ahdoot LLP, except pursuant to a written agreement among prior counsel, current counsel, and the Guardian *Ad Litem*. Any portion not paid to prior counsel shall be deposited into a blocked account for the benefit of that minor Plaintiff, and no withdrawals shall be made from that account without further order of this Court until the minor reaches the age of eighteen. Any fee owed to prior counsel for the reasonable value of its services shall be paid from the attorneys' fees approved herein and shall not reduce the minor Plaintiffs' net recoveries. Nothing in this Order determines the nature, reasonableness, or recoverability of any amount claimed by prior counsel. The Court retains jurisdiction over the Ordaz-Moreno QSF and the funds held pursuant to this paragraph.

**IT IS SO ORDERED**.

Dated: October 16, 2026

/s/

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE